IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aaron Brown,<br><br>　　　　Plaintiff,<br><br>　　　　v<br><br>Community Housing Partnership and Superior Court of the State of California City and County of San Francisco Dept 501, et al,<br><br>　　　　Defendants. | No　C-07-6504 JSW<br><br>ORDER |

On December 31, 2007, Aaron Brown ("Brown") filed an amended complaint and an ex parte motion to stay order of eviction. Because granting Brown's motion would require the court to stay an order of the state court in violation of 22 USC § 2283, the motion to stay order of eviction is DENIED.

IT IS SO ORDERED.

/s/ Vaughn R Walker

VAUGHN R WALKER
United States District Chief Judge