1 of 12

FILED

FEB — 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Aaron Brown
**Name and Address**
276 Golden Gate
SF Ca 94102

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Aaron Brown

**Plaintiff / Petitioner**

VS.

Community Housing
Partnership & Superior
CT - Dep 501

**Defendant / Respondent**

Case No. C-07-6504-JSW

DT Feb 8, 2008

Document Name:

Re-Filing - Preliminary
Injuction (TRO) Request
for Transcripts - Dept
501 & 206 - Sup CT

I Aaron Brown am the foresaid
Plaintiff mention - responding to
order of denial Preliminary injunction
dated Feb 7, 2008 - CS-C-07-6504 in
accordance CN L.R. 7-2 - Failure to
Serve - Plaintiff refiles with good
cause (Preliminary Injunction) And
request for Transcripts Dept 501 &
Dept 206 - Sup CT.

2 of 18

~~━━━━━~~ I had also
recently been under both pyschological
and physical ailments including surgery
where I have suffered pyschotic
break downs, unable to concetrate
on its entirety prosecuting amongst
other things - such as being
wrongfully evicted, Puemonia, Flu,
Hernia, etc, etc, which caused
me a undue amountable Duress,
stress, Depression, excerbating
already existing mental Health
diagnoses. which just recently
has been somewhat stabilizing
through medication taking
        The courts were presented
this medications at issues and
medical conditions. through forms
of exhibits - exhibited on Filing
stays of execution (eviction) in
Case Filing. C07-6504 JSW
    Plaintiff was in fact evicted
on Jan 3rd, 2008 at 519 Ellis St
# 507 - SF Ca 94102 - And suffered
an extreme amount of Depression
to properly be aware of

any thought as to CS-052571
or the serving of any documents
— in any of Plaintiffs filing
upon Defendents - Plaintiff is
somewhat better at present
to prosecute all matters- CS
# 052571, C-03-0047, & C-07-6504
and has openly related this
to the courts Docket Clerks
Felecia, Nicole, Frank, Betty,
Jennifer, & Hillary - (Santos-Svn)
though plaintiff is now
mildly recoruing from his
Surgery (Hernia) - Plaintiff is
on steadfest to follow through
in his responsibilities to litigate
and is also mentally stable
to concetrate & follow through
with now prescribe meds to
help me overcome psychotic
Breaks down(s) and at least
recover — the courts have
already on records these

mental Health Diagnoses I
suffered from in a Filing
order to show cause in
(S# C-03-0047 - which I
also ask the courts to review
in Finding good cause along
with new exhibited attach
ments - attached to this
Filing). (Here - C-03-2371)

I do also plan to fully
prosecute - following Local Rules
to the best of my abilitie
Harriett Ross and I will
be appearing on CS (C-03-0047)
Set - 2-21-2008 - 9:30Am Magistrate
Judge Edward M. Chen on Confer.
Settlement - which she expresses
to date in a meeting conducted 2-1-08
her representing (Representation)
on that Date. 2-21-2008 - And
Filing Joint case Confer- Statements.

Points of authorities

1  Strict time limits ought not to
2  be insisted upon Elridge v. Block, 832
3  F.2d 1132, 1136 (9th cir)1987) citing
4  also Houston v. Lack 487 U.S. 266,
5  270 (1988) Hernandez v. Whiting), 881
6  F.2d 768, 771-72 (9th cir. 1989) Reversing
7  dismissal ) Due to trial court errors..."
8  "Dismissal for lack of prosecution
9  must be supported by a showing of.
10 unreasonable delay." Henderson v.
11 Duncan, 779 F.2d 1421, 1423 (9th cir 1986);
12 See also Al-Torki; 78 F.3d at 1384;
13 In re Eisen, 31 F.3d at 1451

## IN Conclusion

Plaintiff Aaron Brown aka Darren
Browne request the Courts to
Correct and input Darren Browne
(via) Aaron Brown . I/C of Bill(
at C.A.A.P. -276 Golden Gate ave
San Francisco, Ca 94102 at his new
address - (see attach. address)
  I Do declare under penalties
Of Perjury and to the best.
Of my knowledge the foregoing

6 of 12

1  to be true and correct under
2  penalties of perjury

Aaron Brown
aka
Darren Browne
2/1/08

I/C -Bill-exec-Dir

# G.A.A.P.
### GENERAL ASSISTANCE ADVOCACY PROJECT

276 Golden Gate Avenue, San Francisco, CA 94102
Phone:(415) 928-8191  Fax:(415) 928-1410
www.gaap.org

Free Assistance, Representation and Referrals
for all C.A.A.P., Food Stamps and SSI Problems

St. Francis Memorial Hospital
900 Hyde Street, San Francisco CA 94109
(415)353-6000
Discharge Instructions (con't)

7 of 18

Joanne Sun MD

Aaron Brown

## HERNIA

[Adult]

A hernia is a bulge of the intestines or surrounding tissues through a tear in the muscle of the abdomen or groin. This may occur as a result of excessive coughing, heavy lifting or being overweight. It can also occur at the site of prior surgery. When a hernia first appears it may be painful due to stretching and tearing of the muscle fibers. When you lie down, the bulge should reduce in size or disappear completely. If it does not, and you are unable to flatten it with your hand, medical attention is needed at once.



### HOME CARE:

Avoid heavy lifting and straining or any activities that cause pain in the hernia.

**FOLLOW UP** with your physician as directed by our staff.

**RETURN PROMPTLY** or contact your doctor if any of the following occur:
- Increasing size of the hernia
- Increasing pain in the hernia
- A hernia that does not get smaller when you lie down
- Hardening of the hernia
- Abdominal swelling, fever or repeated vomiting
- Pain moves to the lower right abdomen (just below the waistline) or spreads to the back

*Also be advised m ilny on a prior ER visit At ST - Marys s regarding Some similar issues also berated, disreperted and Security also - Threades me with arrest for seeking treatment*

**ST. LUKE'S HOSPITAL**
3555 Cesar Chavez Street, San Francisco CA 94110
(415) 641-6625
**Discharge Instructions**

DUSTIN PAZ MD

$80 F18$

000

## INSOMNIA

Insomnia refers to a difficulty going to sleep or staying asleep, or both. Insomnia has many causes, including anxiety, stress, depression, chronic pain, sleeping cycles out of balance due to working night shifts or excess napping during the day. Insomnia can be a side effect from stimulant medicines such as decongestants, asthma inhalers and pills, diet pills, and illegal drugs such as speed, crank, crack, PCP.

**HOME CARE:**
1) Review your medicines with your doctor or pharmacist to find out if they can cause insomnia.
2) Caffeine, smoking and alcohol also affect with sleep. Limit your daily use and do not use these before bedtime.
3) Avoid exercise, eating and drinking large amounts of liquid within 2 hours of your bedtime.
4) Improve your sleep habits. Have a fixed bed and wake-up time. Try to keep noise, light and heat in your bedroom at a comfortable level. Try using earplugs or eyeshades if needed.
5) If you do not fall asleep within 30 minutes, try to relax by reading or listen to soft music.
6) Limit daytime naps to 15 minutes.
7) Find ways to lessen your stress-level.
7) If a medicine was prescribed to help reset your sleep patterns, take it as directed. Sleeping pills are intended for short-term use, only. If taken for too long, the effect wears off while the risk of physical addiction and psychological dependence increases.

**FOLLOW-UP** with your doctor or as directed by our staff if you feel that your insomnia is not responding to the above measures.

**RETURN PROMPTLY** or contact your doctor if any of the following occur:
-- Extreme restlessness or irritability
-- Confusion or hallucinations (seeing or hearing things that are not there)
-- Anxiety
-- Depression

The exam and treatment that you received today has been provided on an emergency basis only. If your problem worsens or new symptoms appear, contact your doctor or return to this facility for further care.

**St. Francis Memorial Hospital**
900 Hyde Street, San Francisco CA 94109
(415)353-6000
**Discharge Instructions (con't)**

Joanne Sun MD

$q \, o \, F \, \cancel{k}'$

Aaron Brown

## SPRAIN: KNEE

You have a knee sprain, which is a tearing of the ligaments that hold the joint together. There are no broken bones. Sprains take from 3-6 weeks to heal.

### HOME CARE:

1) Stay off the injured leg as much as possible.

2) Apply an ice pack over the injured area for 20 minutes every 2 hours for the first day. Continue this 3-4 times a day for the next two days.

3) You may use acetaminophen (Tylenol) or ibuprofen (Motrin, Advil) to control pain, unless another pain medicine was prescribed. [NOTE: If you have chronic liver or kidney disease or ever had a stomach ulcer or GI bleeding, talk with your doctor before using these medicines.]

4) If you have a plaster or fiberglass SPLINT OR CAST:
    -- Keep it dry. When bathing, protect the splint/cast with a large plastic bag, rubber-banded at the top end. If a fiberglass cast or splint gets wet, you can dry it with a hair-dryer.

5) If you have a VELCRO KNEE BRACE:
    -- You may open the splint to apply ice.
    -- You may remove the splint to bathe and sleep, unless told otherwise.



6) If CRUTCHES or a walker have been recommended, do not bear full weight on the injured leg until you can do so without pain. Check with your doctor before returning to sports or full work duties.

FOLLOW UP with your doctor or this facility as advised. Return sooner if you are not starting to improve within the next five days. If a cast or splint was applied, it should be checked in 24 HOURS to be sure it has not become too tight from swelling. Look for the warning signs listed below.

[NOTE: If X-rays were taken, they will be reviewed by a radiologist. You will be notified of any new findings that may affect your care.]

RETURN PROMPTLY or contact your doctor if any of the following occur:
    -- The plaster cast or splint becomes wet or soft
    -- The fiberglass cast or splint remains wet for more than 24 hours
    -- Pain or swelling increases
    -- Toes become cold, blue, numb or tingly

**St. Francis Memorial Hospital**
900 Hyde Street, San Francisco CA 94109
(415)353-6000
**Discharge Instructions (con't)**

10 of 48

Joanne Sun MD                                                                                                      Aaron Brown

# PNEUMONIA

[Adult]
PNEUMONIA is an infection deep within the lung. It may be due to a virus or bacteria and is usually treated with an antibiotic. Severe cases require treatment in the hospital. Milder cases can be treated at home. Symptoms usually start to improve during the first two days of treatment.

## HOME CARE:

1) Rest at home for the first 2-3 days or until you feel stronger. When resuming activity, don't let yourself become overly tired.

2) Avoid exposure to cigarette smoke (yours or others).



Bronchial tubes

3) You may use acetaminophen (Tylenol) or ibuprofen (Motrin, Advil) to control fever and pain, unless another medicine was prescribed. [NOTE: If you have chronic liver or kidney disease or ever had a stomach ulcer or GI bleeding, talk with your doctor before using these medicines.] (Aspirin should never be used in anyone under 18 years of age who is ill with a fever. It may cause severe liver damage.) Do not use ibuprofen in children under six months of age.

4) Your appetite may be poor so a light diet is fine. Avoid dehydration by drinking 6-8 glasses of fluids per day (water, soft drinks, juices, tea, soup, etc.). Extra fluid will help loosen secretions in the lung, making it easier for you to cough up the phlegm (sputum).

5) Finish all antibiotic medicine prescribed, even if you are feeling better after a few days.

**FOLLOW UP** with your doctor in the next 2-3 days (or as advised) to be sure you are responding properly to the medicine.

[NOTE: If you are age 65 or older, or if you have chronic lung disease (asthma, emphysema or COPD), we recommend a PNEUMOCOCCAL VACCINATION every five years and a yearly INFLUENZA VACCINATION (flu-shot) every autumn. Ask your doctor about this.]

[NOTE: If you had an X-ray or EKG (cardiogram), it will be reviewed by a specialist. You will be ~~...~~ new findings that may affect your care.]

_Aaron Brown_
Patient Name

### Hernia Surgery

After careful review of the appropriate clinical features of your case you have been
recommended to have a surgical procedure known as
_Open Left inguinal hernia repair w/ mesh_.

Dr. Leichtling and any surgical associates he engages will repair a hernia(s) or
defect(s) in the wall of the abdomen using certain permanent man-made materials,
inserted either by laparoscopic or open technique. Because it is unpredictable when
or if serious damage or destruction of internal organs may occur as a result of a
hernia we recommend repair of hernias at the earliest convenience to the patient in
non-emergency situations.

You have elected to have your repair by _Open_.

Complications specific to hernia repair include injury to internal organs, chronic pain
or numbness from irritated or damages nerves, recurrence of hernia, displacement of
mesh material, bleeding, and infection.

The material contained in this consent form only covers that information which
applies generally; my specific concerns have been discussed with Dr. Leichtling and I
consent to the planned
surgery: _Open left inguinal hernia rep w/mesh_.

The outcome of the proposed surgery is (highly likely) very likely  likely  unlikely to
be successful and satisfactory.

X _[signature]_
Patient's Signature

_____
Doctor's Signature


_____
Date

_____
Date



**California Pacific Medical Center**

A Sutter Health Affiliate

*St. Luke's Campus*

34655472                                    42-59-14
BROWN, AARON

ATT. DR:LEICHTLING, JONATHAN J
ADT: 1/23/08  DOB:4/13/1962 AGE:45Y   SEX:M   LU

*110F12*

## CONSENT TO SURGERY, SPECIAL DIAGNOSTIC, THERAPEUTIC PROCEDURE

ADDRESSOGRAPH

SAN FRANCISCO, CA 94120

This hospital has personnel and facilities to assist your surgeon and physician in performing surgical operations and other diagnostic and therapeutic procedures. This form is to insure us that you have been informed about the nature of your operation or procedure.

1. Your physicians and surgeons have recommended the following operation or procedure: *Open Left Inguinal Hernia Repair with Mesh*

2. Your supervising physician/surgeon: *Dr. J. Leichtling*

   is responsible for conducting your operation or procedure. He/she may be assisted by and/or designate responsibility to various people. These include, but are not limited to:

   a) Interns and/or residents

   b) Physician Assistants and RN First Assistants supervised by their supervising surgeon, who may be either independent contractors or employees of the Medical Center

   c) Physicians such as Anesthesiologists, Radiologists, and Pathologists, who are independent contractors, not employees or agents of the hospital.

      **- OR -**

   d) RN's/Technologists who have been delegated by your physician to perform this procedure.

      _____ (RN/Technologist) has been delegated responsibility to perform this procedure.

3. You have the right to authorize or to refuse any proposed operation or procedure any time before it is performed.

4. The Pathologist is authorized to use his/her discretion in the disposition of any organs or tissues removed during the operation or procedure.

5. You authorize the use of photography and/or video as deemed necessary during your operation or procedure.

6. If you receive any medical device, you give permission to release identifying information (name, address, telephone number, Social Security number) for the purpose of tracking the device.

7. Your signature is your acknowledgement:

   a) that you have read, understood and agree to the above;

   b) that your physician(s) named above has/have explained, to your satisfaction, the proposed operation or procedure, the associated benefits, risks and side effects involved in the operation or procedure, including the possible results of not undergoing the procedure; any potential complications or recovery problems, the likelihood of achieving the goals of this procedure, the reasonable alternative methods of treatment, their risks and benefits; any limitations on the confidentiality of information learned, and

   c) that you authorize and consent to the performance of the operation and/or procedure.

Signature: _____   Relationship _____   Date/Time 1/23/08  900 am/pm
(patient/parent/conservator/guardian)

Witness: _____

SUR-006 (9/07)                    WHITE - CHART COPY        YELLOW - PATIENT COPY

1  Aaron Brown ( Pro-se )( Harriett Ross )
2  (Address Comitted )
3  Delete inqoiry to Judge
4  Tel # omitted 650-679-401)
5    One United Plaza - (civic-Center ) SF Ca - 94102
6  Attorney (s) For Community- Dept 501-S-CT
7  Housing Partnership- Michael  400 mcAllister
8  S. Rossoff, # 8565 - SF-Ca - 94102
9  Tel - 415-863-7100
10
11  San Francisco Sheriff Department -
12  Robert A. Bonta - City Attorney's office (Lead-Attorney)
13  City & County of San Francisco, Ca 94102 -5408
14  415-554-3837 (Fox Plaza 1390 Market Street, 6th floor
15
16    United States District Court ( San
17  Francisco) Northern District, California
18
19
20  Aaron Brown aka Dafen Browne
21        Plaintiff                    C# C-076504
22    Vs.                             C# C-03-0897
23  Community Housing Partnership        (P.I.M.)
24  et al - Dept 501- S-CT
25                                  EXParte - Motion
26    Vs                            Preliminary
27  San Francisco Sheriff Dept Injunction(s)
28    et al                         Request - Transcripts  Trial - Settlement stages
                                    Dept 206
                                    Dept 501/S-CT

2 of 4

1. INJUNCTION & TRANSCRIPTS - $\frac{206}{501}$ > S-CT
Preview - Redress - Request

3. I Aaron Braun / Darren Browne am
4. the said Plaintiff - needing protection
5. from said Parties (Community Housing
6. Partnership: ① Jeff Kwzinsky Exec Dir (landlord)
7. Community ② Brett Vaughn - asst - Dir (landlord)
8. Housing ③ Gail Gillman - exec Tenant Service (CHP)
Associate (ALW) ④ Issabella Marshall (mger land lord)
10. ⑤ Kristina Dihem (Therapist) (HIPPA Violation)
11. ⑥ All Witnesses Listed in
12. SEE Exhibit mentioned of (Witness List) see
CHP - ADM Attached Ex Senator Reed. 12/19/07
13. Attached (13 - Thirteen total (Tenents)
14. See also See Ex - 1 thru 13 - Attached
15. IN conjunction I am in need of
16. Protection from San Francisco Sheriff
17. Dept - et al - (About Administration in
18. its entirety) in part or in whole
19. against ( Sheriffs - 400 McAllister
20. ① Sr Deputy Smith
21. ② Deputy Lueras } Dept 206 / 501
22. ③ Deputy Sgt Doe
23. ④ Deputy Anderson

Also, Sheriff - Freemon, Fields, Madden,
Castro - Prato - S - Remaining es
defs cs# C-03-0047 (PJH)

3 of 4

1. Also on or about 12/17/07 or 18-Dec.
2. While Security Breach Laundry Room
3. was Still a concern Issabella
4. Marshall on or about Dec 18, 2008
5. Had maintence cut the Locks off
6. off Laundry Room -window- on
7. December 30 & 31st I asked Issbella
8. for reimbursement (lock purchase)
9. She refused and yelled at me to
10. get out of her office -
11.        See Exhibits 2-Locks -Cut-
12. (attached) Also See Exhibite
13. IRTC 1-2-3,
14.
15. Also need protection for said
16. reason defendants and parties
17. there-in-to are in fact Knowledgeable
18. of reviewing -Judicial Notices of
19. the Judicial Branches - City & County
20. State, 1CT-Appeals, Ninth Circuit
21. of informative of mental Health
22. diagnoses Listed throughout
23. filings -- exhibited -In Fact
24. Dept 501 -Trial Judge made
25. mention of that (on-record)
26.
27.        Also I seek this relief
28. as into meeting all requirement

4 of 4

1. thus set forth in its exhibits - exhibited
2. before the courts of parties named
3. needing protection from - (citing)
4. Harris v. Garner 190, F3d 1279 (11th Cir 1999)
5. (injunctive relief) Cashaw v. DeTella, 319 F 3d
6. 936 (7th Cir. 2003) (pattern of abuse) Coleman
7. v. Rahja, 114 F3d 778 (8th Cir. 1997), ~~~
8. Thompson v. Cate, 284 F3d 411 (2d Cir.
9. 2002 (mental or emotional injury)
10.      Law - Plaintiff Have read and understand
11. its elements pertaining to obtaining
12. preliminary Injunctions which I
13. declare under penalties of perjury
14. such harm exist presently & of
15. its near future Future - prosecuting
16. (St (-03-0047) = (-07-6504-in its
17. entirety
18.           In conclusion I ask
19. The court this Court to grant
20. Such Said preliminary request
21. for protection amongst other
22. things stated at in its Caption
23. under Exparte Motion
24.           request

Thank You

Jan 4, 2008

EXT   UNIT # APP1

# WITNESS LIST

*Neighbors*        Instructor

1. Alvin Calloway ■
2. Jonnie Durden ■
3. Frenchia Gibson ■  Fire Alarm
4. Joyce Lazard ◄  Fire Alarm → Testimony
5. Patricia Langevin ▯

Scott Bickmore ▯ Essor —ma
Marcus Griffin ▯ Bed ■
Isabella Marshall MAIN M ■
Charles Byrd ▯
Brett Vaughn ▯ 2nd —
David Byrd ▯ Garland

■ Testimony - Given
▯ Testimony - Not Given to my best Knowledge

Aaron (Brown) ▯ Def - wit Test + Adv wit

12. BERTA BROWN ▯ tenant    (Not-Related) Neighbor
13. Pandora Bednar ▯

① Relat - Short
Precise - to the Point

② R - Reflect Don't Know
R - Reflec (S-Don't K)

See EX. SS



# COMMUNITY HOUSING PARTNERSHIP
## SOLUTIONS TO HOMELESSNESS

Exhibit
CHP-ADM

December 17, 2007

To: Aaron Brown, #507
Fr: Isabella Marshall, Property Manager

RE Behavioral Issues

Dear Mr. Brown:

We have been informed by you and an Incident Report, that you placed a chain and lock on the window gate in the laundry room. That window is a FIRE EXIT WINDOW and is not to be tampered with. You are not authorized to place locks on any items located in the common areas of the building.

The following is an excerpt from the Community Housing Partnership House Rules:

*"Tenants may not tamper with alarm systems or any building safety or security equipment. Tenants do not have access to areas of the building that are clearly marked "off-limits", including basements, staff offices and commercial spaces without authorization."*

**You must cease and desist from this behavior immediately. Your actions place persons in the building in grave danger and will not be tolerated.**

Respectfully,

Isabelle Marshall

Isabella Marshall
Property Manager

ON Dec 17r 2007 - CHP
mgr - Issabella Marshall harrassed me after inquiring security breach in Laundry Rm - at Residence - where N close associate of Issabella made threetening Gestures towards (me) See (view) inner 5
Securidy

**SENATOR RESIDENCE**
519 Ellis Street, San Francisco, CA 94109
Phone: 415 563-3205
Fax: 415 563-1350

**ADMINISTRATIVE OFFICE**
280 Turk Street, San Francisco, CA 94102
phone: 415 929-2470
fax: 415 749-2791

**CH-120**

## Notice of Hearing and Temporary Restraining Order

*EXHIBIT L*

*HEARING AND TO DENIED*

*Clerk stamps date here when form is filed.*

ENDORSED
F I L E D
San Francisco County Superior Court

DEC 19 2007

GORDON PARK-LI, Clerk
BY: _____ JEFFREY LEE
    Deputy Clerk

**(1)** Name of person asking for protection:

_Aaron Brown_

Address *(skip this if you have a lawyer): (If you want your address to be private, give a mailing address instead):*

_519 Ellis Street, #507_

City: _San Francisco_   State: _CA_   Zip: _94109_

Your telephone number *(optional):* ( . . )

Your lawyer *(if you have one): (Name, address, telephone number, and State Bar number):* _____

Fill in court name and street address:

**Superior Court of California, County of**

SAN FRANCISCO SUPERIOR COURT
400 MCALLISTER - ROOM 103
SAN FRANCISCO, CA 94102-4512

**(2)** Name of person to be restrained:

_Johnny Doe_

Description of that person:

*Court fills in case number when form is filed.*

Case Number:

**CCH-07-567230**

Sex: ☒M ☐F   Height: _6'2"_   Weight: _176_   Race: _A.O._
Hair Color: _black_   Eye Color: _Black_   Age: _59_   Date of Birth: _1/1/48_
Home Address *(if known):* _519 Ellis St #519_
City: _SF_   State: _CA_   Zip: _94109_
Work Address *(if known):* _____
City: _____   State: _____   Zip: _____

### To the person in ②:

**(3)** **Notice of Hearing**

A court hearing is scheduled on the request for orders against you to stop harassment:

Name and address of court if different from above:

| **Hearing Date** → | Date: _____ | Time: _____ |
|---|---|---|
| | Dept.: _____ | Rm.: _____ |

If you do not want the court to make orders against you, file Form CH-110. Then go to the hearing and tell the court why you disagree. You may bring witnesses and other evidence. If you do not go to this hearing, the court may make restraining orders against you that could last up to 3 years.

**(4)** **Court Orders**

The court *(check a or b):*

a. ☐ Has scheduled the hearing stated in ③. No orders are issued against you at this time.

b. ☐ Has scheduled the hearing stated in ③ and has issued the temporary orders against you specified on page 2. If you do not obey these orders, you can be arrested and charged with a crime. And you may have to go to jail, pay a fine of up to $1,000, or both.

### This is a Court Order.

Judicial Council of California, www.courtinfo.ca.gov
Revised July 1, 2007, Mandatory Form
Code of Civil Procedure, §§ 527.6 and 527.9
Approved by DOJ

**Notice of Hearing and Temporary Restraining Order (CLETS)**
**(Civil Harassment)**

CH-120, Page 1 of 4

→

**CH-120**  **Notice of Hearing and Temporary Restraining Order**

*Clerk stamps date here when form is filed.*

**(1)** Name of person asking for protection:

*HEARING AND TO DENIED*

Aaron Brown

Address *(skip this if you have a lawyer): (If you want your address to be private, give a mailing address instead):*

519 Ellis Street, #507

City: San Francisco   State: CA   Zip: 94109

Your telephone number *(optional):* ( )

Your lawyer *(if you have one): (Name, address, telephone number, and State Bar number):*

ENDORSED
**F I L E D**
San Francisco County Superior Court

DEC **1 9** 2007

GORDON PARK-LI, Clerk
BY: _____JEFFREY LEE_____
            Deputy Clerk

*Fill in court name and street address:*

**Superior Court of California, County of**

SAN FRANCISCO SUPERIOR COURT
400 MCALLISTER - ROOM 103
SAN FRANCISCO, CA 94102-4512

**(2)** Name of person to be restrained:

Johnny Doe

Description of that person:

*Court fills in case number when form is filed.*

**Case Number:**

**CCH-07-567230**

Sex: ☒ M ☐ F   Height: 6'2"   Weight: 176   Race: A.D.
Hair Color: black   Eye Color: Black   Age: 59   Date of Birth: 1/1/48
Home Address *(if known):* 519 Ellis St #519
City: SF   State: CA   Zip: 94109
Work Address *(if known):*
City: _____ State: _____ Zip: _____

**To the person in ②:**

**(3)** **Notice of Hearing**

A court hearing is scheduled on the request for orders against you to stop harassment:

Name and address of court if different from above:

**Hearing Date** ➤ Date: _____   Time: _____
                    Dept.: _____   Rm.: _____

If you do not want the court to make orders against you, file Form CH-110. Then go to the hearing and tell the court why you disagree. You may bring witnesses and other evidence. If you do not go to this hearing, the court may make restraining orders against you that could last up to 3 years.

**(4)** **Court Orders**

The court *(check a or b):*

a. ☐ Has scheduled the hearing stated in ③. No orders are issued against you at this time.

b. ☐ Has scheduled the hearing stated in ③ and has issued the temporary orders against you specified on page 2. If you do not obey these orders, you can be arrested and charged with a crime. And you may have to go to jail, pay a fine of up to $1,000, or both.

**This is a Court Order.**

Judicial Council of California, www.courtinfo.ca.gov
Revised July 1, 2007, Mandatory Form
Code of Civil Procedure, §§ 527.6 and 527.9
Approved by DOJ

**Notice of Hearing and Temporary Restraining Order (CLETS)**   **CH-120, Page 1 of 4**
**(Civil Harassment)**

➡

Your name: __Aaron Brown__

**Case Number:**
567230

**(15)** ☐ **No Fee for Service of Order by Law Enforcement**
The sheriff or marshal will serve this Order without charge because:

a. ☐ The Order is based on stalking.

b. ☐ The Order is based on a credible threat of violence.

c. ☐ The person in ① is entitled to a fee waiver.    **DENIED**

Date: __12/19/07__    ► _Ollie Marulictoire_
                        _Judicial Officer_

## Warnings and Notices to the Restrained Person in ②

### You Cannot Have Guns or Firearms

You cannot own, have, possess, buy or try to buy, receive or try to receive, or otherwise get a gun while this Order is in effect. If you do, you can go to jail and pay a $1,000 fine. You must sell to a licensed gun dealer or turn in to police any guns or firearms that you have or control in accordance with item ⑧ above. The court will require you to prove that you did so. If you do not obey this Order, you can be charged with a crime.

## Instructions for Law Enforcement

This Order is effective when made. It is enforceable anywhere in all 50 states, the District of Columbia, all tribal lands, and all U.S. territories and shall be enforced as if it were an order of that jurisdiction by any law enforcement agency that has received the Order, is shown a copy of the Order, or has verified its existence on the California Law Enforcement Telecommunications System (CLETS). If the law enforcement agency has not received proof of service on the restrained person, and the restrained person was not present at the court hearing, the agency shall advise the restrained person of the terms of the Order and then shall enforce it. Violations of this Order are subject to criminal penalties.



### Requests for Accommodations
Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least 5 days before the hearing. Contact the clerk's office or go to *www.courtinfo.ca.gov/forms* for *Request for Accommodations by Persons With Disabilities and Order (Form MC-410).* (Civil Code, § 54.8.)

*(Clerk will fill out this part.)*
**—Clerk's Certificate—**

*Clerk's Certificate*    I certify that this *Notice of Hearing and Temporary Restraining Order* is a true
*[seal]*    and correct copy of the original on file in the court.

Date: _____    Clerk, by _____, Deputy

## This is a Court Order.

me: AARON BROWN

**Case Number:**
567230

☐ **Other Protected Persons**
List of the full names of all family or household members protected by these orders:

_____
_____
_____

### Instructions for the Protected Person

To the person in ①: *(Write the name of the person in ①):* _____

(11) **Service of Order on Law Enforcement**
If the court issues temporary restraining orders, by the close of business on the date the orders are made, you or your lawyer should deliver a copy of this Order and any proof of service forms to each law enforcement agency listed below.

Name of Law Enforcement Agency:                    Address (City, State, Zip)

_____    _____
_____    _____
_____    _____

(12) **Service of Documents**
You must have someone personally deliver to the person in ② a copy of all the documents checked below:
  a. ☐ CH-120, *Notice of Hearing and Temporary Restraining Order (CLETS)* (completed and file-stamped)
  b. ☐ CH-100, *Request for Orders to Stop Harassment* (completed and file-stamped)
  c. ☐ CH-110, *Answer to Request for Orders to Stop Harassment* (blank form)
  d. ☐ CH-145, *Proof of Firearms Turned In or Sold* (blank form)
  e. ☐ CH-151, *How Can I Answer a Request for Orders to Stop Harassment?*
  f. ☐ Other *(specify):* _____

You must file with the court before the hearing a proof of service of these documents on the person in ②.

(13) **Time for Service** *(check a, b, or c)*
  a. ☐ A copy of the documents listed in ⑫ must be served in person to the person in ②
      at least 5 days before the hearing.
  b. ☐ A copy of the documents listed in ⑫ must be served in person to the person in ②
      at least 2 days before the hearing.
  c. ☐ A copy of the documents listed in ⑫ must be served in person to the person in ②
      at least _____ days before the hearing.

(14) ☐ **No Fee for Filing**
Filing fees are waived.

**This is a Court Order.**

| **CH-120** | Notice of Hearing and<br>Temporary Restraining Order | *Clerk stamps date here when form is filed.* |

① **Name of person asking for protection:**
AARON BROWN

~~HEPKINS AND~~
~~The DENIED~~

*Address (skip this if you have a lawyer): (if you want your address to be private, give a mailing address instead):*
511 Ellis St. #501

City: SF    State: CA    Zip: 9410?

Your telephone number (optional): ( )

Your lawyer (if you have one): (Name, address, telephone number, and State Bar number):

*Fill in court name and street address:*

**Superior Court of California, County of**

SAN FRANCISCO SUPERIOR COURT
400 MCALLISTER - ROOM 103
SAN FRANCISCO, CA 94102-4512

ENDORSED
F I L E D
*San Francisco County Superior Court*

DEC 1 9 2007

GORDON PARK-LI, Clerk
BY: JEFFREY LEE
Deputy Clerk

② **Name of person to be restrained:**
Franchise Doe

**Case Number:**
ECH-07-567230

*Court fills in case number when form is filed.*

**Description of that person:**

| Sex: ☒M ☐F | Height: 5'11" | Weight: 230 | Race: | |
| Hair Color: Hazel | Eye Color: Blk | Age: 56 | Date of Birth: 1/1/51 |

Home Address (if known): 511 Ellis St #612
City: SF    State: CA    Zip: 9410?

Work Address (if known):
City: _____ State: _____ Zip: _____

③ **Notice of Hearing**

**To the person in ②:**

A court hearing is scheduled on the request for orders to stop harassment:

| Hearing ▶ Date: | Time: | Dept.: | Rm.: |

Name and address of court if different from above:

If you do not want the court to make orders against you, file the Form CH-110. Then go to the hearing and tell the court why you disagree. You may bring witnesses and other evidence. If you do not go to this hearing, the court may make restraining orders against you that could last up to 3 years.

④ **Court Orders**

The court *(check a or b):*

a. ☐ Has scheduled the hearing stated in ③. No orders are issued against you at this time.

b. ☐ Has scheduled the hearing stated in ③ and has issued the temporary orders against you specified on page 2. If you do not obey these orders, you can be arrested and charged with a crime. And you may have to go to jail, pay a fine of up to $1,000, or both.

**This is a Court Order.**

**Notice of Hearing and Temporary Restraining Order (CLETS)**
**(Civil Harassment)**    CH-120, Page 1 of 4

Your name: AARON BROWN

Case Number:
567230

(15) ☐ **No Fee for Service of Order by Law Enforcement**
The sheriff or marshal will serve this Order without charge because:

a. ☐ The Order is based on stalking.
b. ☐ The Order is based on a credible threat of violence.
c. ☐ The person in ① is entitled to a fee waiver.

DENIED

Date: 12/19/07

▸ _Olu Mane Victore_
_Judicial Officer_

## Warnings and Notices to the Restrained Person in ②

### You Cannot Have Guns or Firearms

You cannot own, have, possess, buy or try to buy, receive or try to receive, or otherwise get a gun while this Order is in effect. If you do, you can go to jail and pay a $1,000 fine. You must sell to a licensed gun dealer or turn in to police any guns or firearms that you have or control in accordance with item ⑧ above. The court will require you to prove that you did so. If you do not obey this Order, you can be charged with a crime.

## Instructions for Law Enforcement

This Order is effective when made. It is enforceable anywhere in all 50 states, the District of Columbia, all tribal lands, and all U.S. territories and shall be enforced as if it were an order of that jurisdiction by any law enforcement agency that has received the Order, is shown a copy of the Order, or has verified its existence on the California Law Enforcement Telecommunications System (CLETS). If the law enforcement agency has not received proof of service on the restrained person, and the restrained person was not present at the court hearing, the agency shall advise the restrained person of the terms of the Order and then shall enforce it. Violations of this Order are subject to criminal penalties.

### Requests for Accommodations

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least 5 days before the hearing. Contact the clerk's office or go to _www.courtinfo.ca.gov/forms_ for _Request for Accommodations by Persons With Disabilities and Order_ (Form MC-410). (Civil Code, § 54.8.)

*(Clerk will fill out this part.)*
**—Clerk's Certificate—**

*Clerk's Certificate*
*[seal]*

I certify that this _Notice of Hearing and Temporary Restraining Order_ is a true and correct copy of the original on file in the court.

Date: _____    Clerk, by _____, Deputy

## This is a Court Order.

Your name: _____Aarm Brown_____

**Case Number:**

07- 566034

**(10)**  ☐ **Other Protected Persons**

List of the full names of all family or household members protected by these orders:

_____

_____

_____

### Instructions for the Protected Person

**To the person in ①:** *(Write the name of the person in ①):* ___Aarm Brown___

**(11)**  **Service of Order on Law Enforcement**

If the court issues temporary restraining orders, by the close of business on the date the orders are made, you or your lawyer should deliver a copy of this Order and any proof of service forms to each law enforcement agency listed below.

| Name of Law Enforcement Agency: | Address (City, State, Zip) |
|---|---|
| | LEGAL DIVISION |
| SFPD | SAN FRANCISCO POLICE DEPT. |
| | 850 BRYANT ST. ROOM 575 |
| | SAN FRANCISCO, CA 94103 |

**(12)**  **Service of Documents**

You must have someone personally deliver to the person in ② a copy of all the documents checked below:

a. ☑ CH-120, *Notice of Hearing and Temporary Restraining Order (CLETS)* (completed and file-stamped)

b. ☑ CH-100, *Request for Orders to Stop Harassment* (completed and file-stamped)

c. ☑ CH-110, *Answer to Request for Orders to Stop Harassment* (blank form)

d. ☑ CH-145, *Proof of Firearms Turned In or Sold* (blank form)

e. ☑ CH-151, *How Can I Answer a Request for Orders to Stop Harassment?*

f. ☐ Other *(specify):* _____

You must file with the court before the hearing a proof of service of these documents on the person in ②.

**(13)**  **Time for Service** *(check a, b, or c)*

a. ☑ A copy of the documents listed in ⑫ must be served in person to the person in ② at least 5 days before the hearing.

b. ☐ A copy of the documents listed in ⑫ must be served in person to the person in ② at least 2 days before the hearing.

c. ☐ A copy of the documents listed in ⑫ must be served in person to the person in ② at least _____ days before the hearing.

**(14)**  ☑ **No Fee for Filing**

Filing fees are waived.

### This is a Court Order.

## Incident Report/Tenant Complaint Form

Complete this form to report any Rules of Conduct violation, Medical, Police and Fire Dept. visits or emergencies and general participant concerns. Be as complete and accurate as possible.

Your Name: ___Jim Murdock___          Today's Date: __12/16/07__

Date of Incident: __12/16/07__   Time of Incident: __1940__   Location of Incident: SENATOR, DESK

### Incident Narrative (continue on blank notebook pages if needed and staple to this form)

AARRON BROWN (TENANT # 507) CALLED (082) at
1940 ASKING FOR ISABELLA/MGT AND SAYING HE
NEEDED TO DROP OFF/GIVE SOME KEYS. TOLD HIM
(ADVISED) TO GIVE KEYS TO ISABELLA/MGT
TOMMORROW (MONDAY) MORNING.

| Who was involved? | Relationship to CHP | Badge/I.D. # |
|---|---|---|
| 1. AARON BROWN | TENANT | # 507 |
| 2. Jim Murdock | DESK CLERK | ON-DUTY |
| 3. | | |
| 4. | | |

**FOR OFFICE USE ONLY** *(Sign at bottom)*

Management action taken:

_____

_____

Management Signature                    Title                    Date

## Incident Report/Tenant Complaint Form

Complete this form to report any Rules of Conduct violation, Medical, Police and Fire Dept. visits or emergencies and general participant concerns. Be as complete and accurate as possible.

Your Name: Isabella Marshall     Today's Date: 12/17/07

Date of Incident: 12/17/07     Time of Incident: _____     Location of Incident: SENATOR,_____

**Incident Narrative  (continue on blank notebook pages if needed and staple to this form)**

On Monday December 17th aaron Brown came into my office and gave me a key to the lock he put on the laundry Room window gate.

Property had lock cut of Fire exit.

Exhibit (2)
IRC1

| Who was involved? | Relationship to CHP | Badge/I.D. # |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

**FOR OFFICE USE ONLY** *(Sign at bottom)*

Management action taken:

_____

_____

Management Signature          Title          Date

## Incident Report/Tenant Complaint Form

Complete this form to report any Rules of Conduct violation, Medical, Police and Fire Dept. visits or emergencies and general participant concerns. Be as complete and accurate as possible.

Your Name: Aaro. Tracee Finch                    Today's Date: 12·16·07

Date of Incident: 12·16·07  Time of Incident: 0838    Location of Incident: SENATOR, Front Desk

## Incident Narrative (continue on blank notebook pages if needed and staple to this form)

Aaron Brown reported he put locks
on his windows and he has a set of
keys for management.

Exhibit 3
PMC

Who was involved?            Relationship to CHP            Badge/I.D. #

1.  Aaron Brown            Tenant    507            _____

2.  Tracee Finch            Desk Clerk            _____

3.  _____            _____            _____

4.  _____            _____            _____

**FOR OFFICE USE ONLY** *(Sign at bottom)*

Management action taken:

_____

_____

Management Signature                    Title                    Date

1-08-07

See (PJH)

other

Ex — here

Attached

Thank You

1-04-08



Exhibit __ Q

July 13 2007

Enemies @ Bay Com

Strategy my enemies
have become
Jehovah I pray
I do not succumb
As Lot was saved
Preserve me & deliver
me to some
Peaceful (can't
help me to fresh.
Seek your ways
which is the only
way one can
Prolong Jas Jay
a6 aleph

---

Legal ties
Exhibit I Cont

Police -
Summons'd
TRO - R

12) Treat Services - Edna
13) SCSF - Dimitris - Cheshire
      Fairey - mischief
14) Deceased - Doc Engles
      TPC - Adams Moon
15)
16) Ros, Mike, Teresa
      Business Legal - Mesas
17) # Resolution Re locate
      Crates Factory - Say warfare
18) Majors Office - Chocdall
19) CAP - Admin
20) NDA - Private Process
21) Federal Judicatory: Due Record
      Statement Violation -
22) Guarantee Use -
23) Indy Politics -
24) DADCO - TAFG

## SAN FRANCISCO SHERIFF'S DEPARTMENT
### STATEMENT OF CITIZEN COMPLAINT
### AGAINST AN EMPLOYEE AND/OR DEPARTMENTAL ACTION

Today's Date: 12 / 21 / 07    Time 1:15pm    Case # _____
(FILLED IN BY INVESTIGATOR)

AKA DARREN Baum

**Primary Complainint:** Aaron Brown
Last, First, Middle Initial

04 / 13 / 62
Date of Birth

Afren Amx    Sex M    CDL# C3791738    Occupation Disabled-unemployed
Ethnicity

Home or Mailing Address: 519 Ellis St #507
Street                                    Apartment No.

SF                    CA    9:109    Phone Number (415) 775-0506
City                State    Zip                    650-679-8011

**Work Address:**
Street                                    Suite No.

City            State    Zip    Phone Number

**INCIDENT INFORMATION:**    Court-House
Date of Incident: Dec / 18 / 07    Time _____    Location: 400 mcAllester

Were you injured? **YES** NO    Please describe your injuries: Traumatize - emt
Plunged into a Pychosis Slate d+ Paranoid ness
Hospitalized — STLuke & UCSF
When did you seek medical attention? Date: 12 / 18 / 07 & 12 / 19 / 07

Where did you seek medical attention? Physician: STLukes & UCSF

Name of Medical Facility: _____

Please circle below:

I am willing to sign a medical records release to assist in the investigation of my complaint.    **YES**    NO

I have names of witnesses and will provide them to assist in the investigation    **YES**    NO

This complaint is against a single member of the San Francisco Sheriff's Dept    YES    NO

This complaint is against more than one member of the San Francisco Sheriff's Dept.    **YES**    NO

**COMPLAINANT'S STATEMENT:**

I was threaten with Confinement &
threaten - (206) - And on 2nd
floor and lobby as I was
running for Safety - Demanding
that I be seated and take
Possession of Said Court
Calendar Documents

As Allen Reed
I also had to be ambulance
from across the street (Rite 7:00pm)
Aid to St Luke / under different
Name (Later I corrected it with
ST Luke Staff and explain situation
regarding Legal matter (Statement continued on attached pages)  YES  NO
Also Left Document - Plus Legal papers
Green Bag

PENAL CODE 148.6 (NOTICE)

YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A DEPUTY SHERIFF FOR
ANY IMPROPER PEACE OFFICER CONDUCT.  CALIFORNIA LAW REQUIRES THIS
AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZEN'S COMPLAINTS.  YOU
HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE.  THIS AGENCY
MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO
WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE
THE RIGHT TO MAKE THE COMPLAINT AND TO HAVE IT INVESTIGATED IF YOU
BELIEVE AN OFFICER BEHAVED IMPROPERLY.  CITIZEN COMPLAINTS AND ANY
REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS
AGENCY FOR AT LEAST FIVE YEARS.

PRINT NAME  FIRST LAST  Brenda Aaron           SIGNATURE                    DATE 12/21/07

_____

PLEASE ALLOW SHERIFF'S PERSONNEL TO COMPLETE INFORMATION BELOW THIS LINE

Sheriff's Dept. employee who received complaint  MIYAMOTO   Star #  140   Date 12/21/07
Photos  Y  N, Taped Interview  Y  N, Medical records release  Y  N, Assisted with written statement  Y  (N)
Complainant was able to identify subjects by name or star number at time of interview  Y  N
Complainant was given copy of written complaint  Y  N, If no written complaint was given, copy of tape  Y  N/A

(left margin, handwritten vertically): Rite Aid (across (defendant) Detainee 12/19/07 ... + etc $2,000 ... during Court 12:30am legal exhibits ... Twenty Court 12:30am legal ...

# UCSF

**R**

M  Date of birth

**BROWN, AARON**
519 ELLIS ST, SAN FRANCISCO, CA
94109

## Emergency Department Patient Prescription
### NO REFILLS on any ED prescription

| | Size | Quantity | Sig: |
|---|---|---|---|
| Rx # 1 | Risperdal 1mg #10 | | Take 1 tablet by mouth daily. |

Rx # 2  *FAMOTIDINE 20mg ī po BID Dispense #30 Ø refills - MRF 48037*

Rx # 3

Rx # 4

***Patient Instructions:*** *We have examined and treated you today on an emergency basis only. This is not a substitute for comprehensive medical care and regularly scheduled follow-up. We do NOT refill any prescriptions for medications from the Emergency Department. If you need more medicine, you should have your personal doctor check you again.*

**Number of prescriptions written:**  **1**

Signature

Tania Sadoun, MD
**Prescribing provider**

Calif. license #                    DEA

Signature

63138

Matthew Lewin, MD
**Co-signor/Supervising MD**

Calif. license #  A73541          DEA  BL7485712

Date of prescription
Tue, Dec 25, 2007

48037

APPLICANT'S INFORMATION TO BE KEPT CONFIDENTIAL

MC-410

| | |
|---|---|
| **APPLICANT** *(name)*:<br>**APPLICANT is** ☐ Witness ☐ Juror ☐ Attorney ☑ Party ☐ Other *(Specify)*<br>Person submitting request *(name)*: Aaron Brown<br>APPLICANT'S ADDRESS 519 Ell 'S St #507<br>SF CA 94109<br>TELEPHONE NO. 415 · 775 - 0806 | **FOR COURT USE ONLY**<br>BY:<br>DEC 21 2007 |

**NAME OF COURT:**
STREET ADDRESS: San Francisco Superior Court
MAILING ADDRESS: Civic Center Courthouse
CITY AND ZIP CODE: 400 McAllister Street, Room 103
BRANCH NAME: San Francisco, CA 94102-4514

JUDGE:

CASE TITLE: Brown V. SFSD

DEPARTMENT:

CASE NUMBER: CH - 07-56725)

## REQUEST FOR ACCOMMODATIONS BY PERSONS WITH DISABILITIES AND RESPONSE

Applicant requests accommodation under rule 1.100 of the California Rules of Court, as follows:

1. Type of proceeding: ☐ Criminal ☑ Civil

2. Proceedings to be covered(for example, bail hearing, preliminary hearing, trial, sentencing hearing, family, probate, juvenile): No 623924 TRO -

3. Date or dates needed *(specify)*:

4. Impairment necessitating accommodation *(specify)*: PTSD - Personality Disorder

5. Type or types of accommodation requested *(specify)*: Atty · Present · Social worker → WBSF at Prespit TIG-1364 Castro Dr

6. Special requests or anticipated problems *(specify)*:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____
(TYPE OR PRINT NAME) Aaron Brown

▶ _____
(SIGNATURE)

### RESPONSE

The accommodation request is **GRANTED** and the court will provide the
☑ requested accommodation, in whole
☐ requested accommodation, in part *(specify below)*:
☐ alternative accommodation *(specify below)*:

The accommodation is **DENIED** because it
☐ fails to satisfy the requirements of rule 1.100
☐ creates an undue burden on the court
☐ fundamentally alters the nature of the service, program, or activity

For the following reason *(attach additional pages, if necessary)*: [See Cal. Rules of Court, rule 1.100(g), for the review procedure.]

For the following duration:
☐ For the above matter or appearance
☐ From *(dates)*: 12/24 to hearing Date
☐ Indefinite period

Date: 12/21/07

_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE)
SIGNATURE FOLLOWS THE LAST PAGE OF THE RESPONSE

Page 1 of 1

**REQUEST FOR ACCOMMODATIONS BY PERSONS WITH DISABILITIES AND RESPONSE**

Cal. Rules of Court, rule 1.100
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

$ 01.48⁰
02 1A
0004329680   DEC 14 2007
MAILED FROM ZIP CODE



