1  Proof-Service  DT Feb 11, 2008
2
3  Aaron Brown (Pro-Se)
4  276 Golden Gate
5  SF Ca 94102
6  650-679-4011
                                    Esq. # 85563
7           TO
   Atty - Community Housing - Michael S. Rossoff
8  Partnership & Dept 501                J.S.W.
9  Location(s)                      CS# C-076504
10 One Unite Plaza
11 SF Ca 94102
12
13 Dept 501 - 400 mc Allister - Sup-CT
14 S.F. Ca 94102
15
16      I do declare under penalties
17 of perjury I  William Mosley
18 US. mailed said documents 1-12
19 & exhibits - Refiling Feb-8, 2008 - Preliminary
20 Injunction (TRO's) Request for Transcripts
21 Dept 501 & 206 - To the above
22 address of Atty Michael S. Rossoff
23 and To Sup CT - Dept 501 - 400 mc
24 Allister this date  Feb 11, 2008
25 11:36 A.M.       S.F. Calif 94102
26 my address  homeless
27 tel - N.A.
28
   Signature  William Mosley