MORGAN, LEWIS & BOCKIUS LLP
DIANE L. WEBB, State Bar No. 197851
One Market, Spear Tower
San Francisco, CA 94105
Tel:    415-442-1000
Fax:    415-442-1001
E-mail:dwebb@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
LILLIAN WOUNG, State Bar No. 253430
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306
Tel:    650-843-4000
Fax:    650-843-4001
E-mail:lwoung@morganlewis.com

Attorneys for Defendant
COMMUNITY HOUSING PARTNERSHIP

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON BROWN,<br><br>                    Plaintiff,<br><br>          v.<br><br>COMMUNITY HOUSING<br>PARTNERSHIP; SUPERIOR COURT OF<br>THE STATE OF CALIFORNIA,<br>DEPARTMENT 501,<br><br>                    Defendants. | Case No. CV 07-06504 JSW<br><br>**DEFENDANT COMMUNITY HOUSING PARTNERSHIP'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS COMPLAINT [FRCP 12(b)(1), 12(b)(3), 12(b)(5), AND 12(b)(6)]**<br><br>Hearing Date:    April 11, 2008<br>Time:            9:00 a.m.<br>Location:        Courtroom 2, 17th Floor<br>Judge:           The Honorable Jeffrey S.<br>                 White |

**REQUEST FOR JUDICIAL NOTICE**

Defendant Community Housing Partnership, pursuant to Federal Rule of Evidence 201, hereby respectfully request that this Court take judicial notice of the following documents:

1.      A true and correct copy of the California Secretary of State's California Business

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    Portal referencing Community Housing Partnership, found at http://kepler.sos.ca.gov/corpdata,

2    which is attached hereto as Exhibit 1.

3        2.      A true and correct copy of the Superior Court of California, County of San

4    Francisco's Register of Actions in Superior Court Case Number CUD-07-623924, entitled

5    *Community Housing Partnership v. Aaron Brown, et al.*, found at http://www.sftc.org, which is

6    attached hereto as Exhibit 2.

7        3.      A true and correct copy of the Unlawful Detainer Judgment in San Francisco

8    Superior Court Case Number CUD-07-623924, bearing a file-stamp date of December 20, 2007,

9    which is attached hereto as Exhibit 3.

10       4.      A true and correct copy of the Court of Appeal of the State of California, First

11   Appellate District, Division Two's denial of petitioner Aaron Brown's petition for writ of

12   mandate without prejudice to re-file  in the appellate division of the San Francisco Superior

13   Court, bearing a file-stamp date of December 26, 2007, which is attached hereto as Exhibit 4.

14       5.      A true and correct copy of an Order Denying Request for Immediate Stay of

15   Enforcement of Judgment, in San Francisco Superior Case Number CUD-07-623924, bearing a

16   file-stamp date of December 28, 2007, which is attached hereto as Exhibit 5.

17       6.      A true and correct copy of the Court of Appeal of the State of California, First

18   Appellate District, Division Two's denial of petitioner Aaron Brown's petition for writ of

19   mandate and request for disability accommodations as moot, bearing a file-stamp date of

20   December 27, 2007, which is attached hereto as Exhibit 6.

21       7.      A true and correct copy of a Notice of Hearing, Civil Appellate Hearing, in San

22   Francisco Superior Case Number CUD-07-623924, dated February 6, 2008, which is attached

23   hereto as Exhibit 7.

24       8.      A true and correct copy of an Order Continuing Hearing on Appeal, in San

25   Francisco Superior Court Case Number CUD-07-623924, dated February 6, 2008, which is

26   attached hereto as Exhibit 8.

27       The Court properly may take judicial notice of the above documents pursuant to Federal

28   Rule of Evidence 201 because they are "capable of accurate and ready determination by resort to

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS, ET AL.
Case No. CV 07-06504 JSW

1    sources whose accuracy cannot reasonably be questioned" and are integral to the Plaintiff's

2    allegations.  Fed. R. Evid. 201(b)(2); *see also Parrino v. FHP, Inc.*, 146 F.3d 699, 705-706 (9th

3    Cir. 1998) (holding district court may consider document on a motion to dismiss

4    where plaintiff's claims make reference to or are predicated on that document, but where the

5    document itself was not attached to the complaint).

6    Dated: February 13, 2008                    MORGAN, LEWIS & BOCKIUS LLP

7

8                                          By _____/s/_____

9                                              Diane L. Webb
                                               Attorneys for Defendant COMMUNITY
10                                             HOUSING PARTNERSHIP

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1-SF/7665531.1                              3

DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS, ET AL.
Case No. CV 07-06504 JSW

**EXHIBIT 1**

# California Business Portal

## Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of FEB 08, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| COMMUNITY HOUSING PARTNERSHIP | | |
| **Number:** C1512907 | **Date Filed:** 3/6/1990 | **Status:** active |
| **Jurisdiction:** California | | |
| **Address** | | |
| 280 TURK ST | | |
| SAN FRANCISCO, CA 94102 | | |
| **Agent for Service of Process** | | |
| JEFF KOSITSKY | | |
| 280 TURK ST | | |
| SAN FRANCISCO, CA 94102 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

**EXHIBIT 2**

## Superior Court of California, County of San Francisco
Case Number: CUD-07-623924
Title: COMMUNITY HOUSING PARTNERSHIP, A CALIFORNIA VS. AARON BROWN et al
Cause of Action: UNLAWFUL DETAINER - RESIDENTIAL
Generated: Feb-12-2008 7:06 pm PST

Register of Actions    Parties    Attorneys    Calendar    Payments    Documents

# Register of Actions

Date Range: First Date Nov-01-2007    Last Date Feb-12-2008    (Dates must be entered as MMM-DD-YYYY)

Descending Date Sequence          Submit

| Date | Proceedings | Document | Fee |
|------|-------------|----------|-----|
| FEB-06-2008 | ORDER CONTINUING HEARING ON APPEAL | View | |
| FEB-06-2008 | SET FOR APPELLATE CALENDAR FOR MOTION TO BE RELIEVED OF DEFAULT HEARING SET FOR FEB-22-2008 AT 10:30 AM IN DEPT 509 NOTICE SENT BY COURT | View | |
| JAN-23-2008 | RETURN OF EXECUTION FOR MONEY, POSSESSION OF REAL PROPERTY ISSUED TO SAN FRANCISCO COUNTY, RETURNED AND FILED, SATISFIED AS TO REAL PROPERTY ONLY AS TO DEFENDANT BROWN, AARON | | |
| JAN-22-2008 | REQUEST CONTINUANCE FOR MOTION DEFAULT FILED BY DEFENDANT BROWN, AARON | | |
| JAN-07-2008 | NOTICE OF DEFAULT ON APPEAL SENT TO APPELLANT | | |
| JAN-07-2008 | NOTICE OF FILING APPEAL MAILED TO RESPONDENT; COPY DELIVERED TO APPELLATE DEPARTMENT (& APPELLANT) | | |
| JAN-02-2008 | ORDER DENYING PETITION FOR WRIT OF MANDATE AND STAY A120128 #2 | View | |
| JAN-02-2008 | ORDER DENYING PETITION FOR WRIT OF MANDATE AND REQUEST FOR DISABILITY ACCOMODATIONS AS MOOT A120139 | View | |
| DEC-28-2007 | ORDER DENYING REQUEST FOR IMMEDIATE STAY OF ENFORCEMENT OF JUDGMENT | View | |
| DEC-26-2007 | REQUEST EXECUTION OF STAY EVICTION (FILED AT INSISTENCE OF LITIGANT) | | |
| DEC-24-2007 | NOTICE OF APPEAL/REQUEST FOR TRANSCRIPT (FILED AT INSISTENCE OF LITIGANT) FILED BY DEFENDANT BROWN, AARON | | IFP |
| DEC-21-2007 | DECLARATION OF DAILY RENTAL VALUE $8.53 FILED BY PLAINTIFF COMMUNITY HOUSING PARTNERSHIP, A CALIFORNIA NONPROFIT CORPORATION | | |
| DEC-21-2007 | EXECUTION FOR MONEY, POSSESSION OF REAL PROPERTY ISSUED TO SAN FRANCISCO COUNTY AS TO DEFENDANT BROWN, AARON | | 15.00 |
| DEC-20-2007 | THE COURT ORDERED THE FOLLOWING JUDGMENT ENTERED: IT IS ADJUDGED THAT PLAINTIFF COMMUNITY HOUSING PARTNERSHIP, A CALIFORNIA NONPROFIT CORPORATION RECOVER FROM DEFENDANT BROWN, AARON THE RESTITUTION AND POSSESSION OF THE PREMESIS: 519 ELLIS ST. # 507, LEASE FORFEITED, A WRIT OF POSSESSION DIRECTING THE SHERIFF FOR THIS COUNTY REMOVE THE DEFENDANT AARON BROWN AND OCCUPANTS FROM THE ABOVE-DESCRIBED PROMISES FORTHWITH. THAT PLAINTIFF | View | |

| | | | |
|---|---|---|---|
| | COMMUNITY HOUSING PARTNERSHIP, RECOVER FROM DEFENDANT AARON BROWN PER DIEM DAMAGES OF $425.50. SEE SCANNED DOC | | |
| DEC-20-2007 | JURY TRIAL ON DEC-20-2007 JUDGMENT FOR THE PLAINTIFF ENTERED. | | |
| DEC-20-2007 | JURY VERDICT IN FAVOR OF COMMUNITY HOUSING PARTNERSHIP AGAINTS AARON BROWN DEFENDANT IN PRO PER. DEFENDANT TO AWARD DAMAGES IN THE AMOUNT OF $425.50 TO PLAINTIFF. | View | |
| DEC-19-2007 | JURY TRIAL SET FOR DEC-19-2007 CONTINUED TO DEC-20-2007 AT 8:30 AM IN 501 | | |
| DEC-19-2007 | MINUTES FOR DEC-19-2007 8:30 AM | View | |
| DEC-18-2007 | JURY TRIAL SET FOR DEC-18-2007 CONTINUED TO DEC-19-2007 AT 8:30 AM IN 501 | | |
| DEC-18-2007 | MINUTES FOR DEC-18-2007 2:00 PM | View | |
| DEC-18-2007 | MASTER JURY CALENDAR OF DEC-18-2007 ASSIGNED TO JURY TRIAL CALENDAR ON DEC-18-2007 AT 2:00 PM IN DEPT. 501, RONALD E QUIDACHAY, AFTER BEING PLACED ON TELEPHONE STANDBY. JUDGE: MARY E. WISS, CLERK: E. BURA, REPORTER: SUSAN LEE, #4280 (D206)/JUDGE: MARY E. WISS, CLERK: C. BANAYAD, REPORTER: DIANA CHEN, #11312 (D504) | | |
| DEC-18-2007 | MASTER JURY CALENDAR SET FOR DEC-17-2007 CONTINUED TO MASTER CALENDAR JURY (CONTINUED) ON DEC-18-2007 AT 1:30 PM IN DEPT. 206 AFTER BEING PLACED ON TELEPHONE STANDBY. (206) | | |
| DEC-17-2007 | MINI-MINUTES FOR DEC-17-2007 9:30 AM | | |
| DEC-17-2007 | LAW AND MOTION, 302, DEFENDANT AARON BROWN'S DEMURRER TO COMPLAINT. NO APPEARANCES ON THIS MATTER. COURT ADOPTS ITS TENTATIVE RULING: OFF CALENDAR, FIRST AMENDED COMPLAINT FILED ON NOVEMBER 16, 2007. JUDGE: PATRICK J. MAHONEY, REPORTER: PEPPINA THOMPSON, CSR #7433 | | |
| DEC-14-2007 | NOTICE RELEVANT TO MOTION TO COMPEL (FILED AT INSISTENCE OF LITIGANT) FILED BY DEFENDANT BROWN, AARON | | |
| DEC-14-2007 | MINI-MINUTES | | |
| DEC-13-2007 | MINI-MINUTES | | |
| DEC-13-2007 | MINI-MINUTES | | |
| DEC-13-2007 | MINI-MINUTES | | |
| DEC-13-2007 | SETTLEMENT CONFERENCE HELD, CASE NOT SETTLED; TRIAL DATE REMAINS; PRO TEM JUDGE; CLERK MARJORIE MANZELLA; NOT REPORTED (218/206). | | |
| DEC-12-2007 | MOTION TO COMPEL JUDICIAL NOTICE FILED BY DEFENDANT BROWN, AARON | | |
| NOV-29-2007 | NOTICE OF TIME AND PLACE OF TRIAL AND SETTLEMENT HEARING HEARING SET FOR DEC-13-2007 AT 01:30 PM IN DEPT 218 | View | |
| NOV-29-2007 | REQUEST TO SET CASE FOR JURY TRIAL FILED BY PLAINTIFF COMMUNITY HOUSING PARTNERSHIP, A CALIFORNIA NONPROFIT CORPORATION JURY TRIAL SET FOR DEC-17-2007 | View | |

| | | | |
|---|---|---|---|
| | AT 09:00 AM IN DEPT 206 ESTIMATED LENGTH OF TRIAL: 2.0 HOURS | | |
| NOV-21-2007 | DEMAND FOR JURY FILED BY DEFENDANT BROWN, AARON | View | |
| NOV-21-2007 | ANSWER TO 1ST AMENDED COMPLAINT FILED BY DEFENDANT BROWN, AARON | View | |
| NOV-21-2007 | APPLICATION FOR WAIVER OF 985.(J) CRC REPORTERS FEES (CONFIDENTIAL) FILED BY DEFENDANT BROWN, AARON ORDER GRANTING WAIVER OF 985.(J) CRC REPORTERS FEES | | |
| NOV-21-2007 | APPLICATION FOR WAIVER OF 985.(J) CRC JURY FEES AND EXPENSES (CONFIDENTIAL) FILED BY DEFENDANT BROWN, AARON ORDER GRANTING WAIVER OF 985.(J) CRC JURY FEES AND EXPENSES | | |
| NOV-16-2007 | 1ST AMENDED COMPLAINT FILED BY PLAINTIFF COMMUNITY HOUSING PARTNERSHIP, A CALIFORNIA NONPROFIT CORPORATION AS TO DEFENDANT BROWN, AARON DOES 1-10 | View | |
| NOV-15-2007 | REQUEST FOR DEFAULT REJECTED, PLACED IN PICKUP BOX AS TO DEFENDANT BROWN, AARON | View | |
| NOV-14-2007 | DEMURRER TO COMPLAINT, PROOF OF SERVICE, POINTS AND AUTHORITIES FILED BY DEFENDANT BROWN, AARON HEARING SET FOR DEC-17-2007 AT 09:30 AM IN DEPT 302 | | IFP |
| NOV-14-2007 | APPLICATION FOR WAIVER OF 985.(I) CRC COURT FEES AND COSTS (CONFIDENTIAL) FILED BY DEFENDANT BROWN, AARON ORDER GRANTING WAIVER OF 985.(I) CRC COURT FEES AND COSTS | | |
| NOV-01-2007 | NOTICE TO DEFENDANTS | View | |
| NOV-01-2007 | UNLAWFUL DETAINER - RESIDENTIAL, COMPLAINT FILED BY PLAINTIFF COMMUNITY HOUSING PARTNERSHIP, A CALIFORNIA NONPROFIT CORPORATION AS TO DEFENDANT BROWN, AARON DOES 1-10 SUMMONS ISSUED, JUDICIAL COUNCIL CIVIL CASE COVER SHEET FILED | View | 195.00 |

**EXHIBIT 3**

1
2
3
4

LAW OFFICES OF MICHAEL S. ROSSOFF
MICHAEL S. ROSSOFF, ESQ., #85565
One United Nations Plaza
San Francisco, California 94102
Telephone: (415) 863-7100

**F I L E D**
San Francisco County Superior Court

DEC 2 0 2007

GORDON PARK-LI, Clerk
BY: _____
Deputy Clerk

5
6

Attorney for Plaintiff
COMMUNITY HOUSING PARTNERSHIP,
a California nonprofit corporation

7

SUPERIOR COURT OF THE STATE OF CALIFORNIA

8

IN AND FOR THE CITY AND COUNTY OF SAN FRANCISCO

9

10

LIMITED JURISDICTION

11
12

COMMUNITY HOUSING PARTNERSHIP,
a California nonprofit corporation,

)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. 623 924

13
14

Plaintiff,

UNLAWFUL DETAINER JUDGMENT
AFTER TRIAL BY JURY

15

v.

16

AARON BROWN,

17
18

Defendant.

19

In Department 501, Honorable RONALD E. QUIDACHAY, Judge Presiding. This

20

matter came on regularly for trial on December 18, 2007. Michael S. Rossoff, appeared as

21
22

counsel for plaintiff COMMUNITY HOUSING PARTNERSHIP, a California nonprofit

23

corporation, and defendant AARON BROWN, appeared in propria persona.

24

///

25

///

26

///

27

Unlawful Detainer Judgment After Trial by Jury

28

- 1 -

A jury of twelve persons was impaneled and sworn. Evidence was introduced and heard, the jury instructed, and argument heard. The jury deliberated and reached a verdict that the plaintiff COMMUNITY HOUSING PARTNERSHIP, a California nonprofit corporation, recover from defendant AARON BROWN the permanent restitution and possession of those certain premises located at 519 Ellis Street, #507, in the City and County of San Francisco, State of California and plaintiff recover $425.50 as per diem damages.

Accordingly, it is the judgment of this Court that plaintiff COMMUNITY HOUSING PARTNERSHIP, a California nonprofit corporation, recover from defendant AARON BROWN possession of the premises situated, lying, and being in the City and County of San Francisco, State of California, and more particularly described to wit:

**519 Ellis Street, #507**

The Clerk of this Court shall issue a writ of possession directing the Sheriff for this County remove defendant AARON BROWN and occupants from the above-described premises, **forthwith.**

It is the further judgment of this Court that plaintiff COMMUNITY HOUSING PARTNERSHIP, a California nonprofit corporation, recover from defendant AARON BROWN per diem damages of $425.50.

IT IS SO ORDERED:

12/20/07

RONALD E. QUIDACHAY
Judge of the Superior Court

**EXHIBIT 4**

FILED
San Francisco County Superior Court

JAN - 2 2008

GORDON PARK-LI, Clerk

BY: _____

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FIRST APPELLATE DISTRICT

DIVISION TWO

FILED
Court of Appeal First Appellate District

DEC 2 6 2007

Diana Herbert, Clerk

By_____, Deputy Clerk

AARON BROWN,

       Petitioner,

v.

THE SUPERIOR COURT OF SAN
FRANCISCO COUNTY,

       Respondent;

COMMUNITY HOUSING
PARTNERSHIP,

       Real Party in Interest.

A120128

(San Francisco County
Super. Ct. No. 623 924)

BY THE COURT:

    The petition for writ of mandate and stay is denied without prejudice to refiling in the appellate division of San Francisco Superior Court. (Code Civ. Proc., §§ 86, subd. (a)(4); 1068, subd. (b); 1085, subd. (b).)

Date: _____DEC 2 6 2007_____

          **HAERLE, J.**

_____, Acting P.J.

**EXHIBIT 5**

**FILED**

San Francisco County Superior Court

DEC 2 8 2007

GORDON PARK-LI, Clerk

BY: _____
Deputy Clerk

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SAN FRANCISCO

APPELLATE DIVISION

| | |
|---|---|
| COMMUNITY HOUSING PARTNERSHIP, | ) <br> ) **Case No. 623924** <br> ) |
| Plaintiff/Respondent, | ) **ORDER DENYING REQUEST** <br> ) **FOR IMMEDIATE STAY OF** |
| vs. | ) **ENFORCEMENT OF** <br> ) **JUDGMENT** |
| AARON BROWN, | ) <br> ) |
| Defendant/Appellant. | ) <br> ) <br> ) <br> ) |

On December 24, 2007, Petitioner filed a Notice of Appeal, Request for New Trial and Request for Immediate Stay of Enforcement of Judgment. Appellant's request for an Immediate Stay of Enforcement of Judgment is hereby DENIED pursuant to Code of Civil Procedure section 1176(a).

IT IS SO ORDERED.

Dated: ___12/28___, 2007

_____
John K. Stewart, Associate Judge

_____
Robert E. Dondero, Associate Judge

**CERTIFICATE OF SERVICE BY MAIL**
**(Code Civ.Proc. 1013a (4)**

I, _Judy Murray,_ a deputy clerk of the Superior Court for the City and County of San Francisco, certify that:

1) I am not a party to this action;

2) On _12/28/07_, I served the attached

ORDER  DENYING REQUEST FOR IMMEDIATE STAY OF ENFORCEMENT OF JUDGMENT #623924

by placing a copy thereof in a sealed envelope, addressed as follows:

Aaron Brown
519 Ellis Street, #507
San Francisco, CA 94109

Michael Sherwood Rossoff
One United Nations Plaza
San Francisco, CA 94102

and,

3) I then placed the sealed envelope in the outgoing mail at 400 McAllister Street, Rm 103, San Francisco, CA 94102 on the date indicated above for collection, attachment of required prepaid postage, and mailing on that date following standard court practices.

DATED: _12/28/07_

GORDON PARK-LI, Clerk

By: _Judy Murray_ ,Deputy

**EXHIBIT 6**

COUNTY CLERK  FILED

San Francisco County Superior Court

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA    JAN -2 2008

FIRST APPELLATE DISTRICT    GORDON PARK-LI, Clerk

BY: _____

DIVISION TWO

FILED
Court of Appeal First Appellate District

DEC 27 2007

Diana Herbert, Clerk
By_____Deputy Clerk

AARON BROWN,

    Petitioner,

v.

THE SUPERIOR COURT OF SAN
FRANCISCO COUNTY,

    Respondent;

COMMUNITY HOUSING
PARTNERSHIP,

    Real Party in Interest.

A120139

(San Francisco County
Super. Ct. No. 623 924)

BY THE COURT:

    The petition for writ of mandate is denied.  The request for disability
accomodations is also denied as moot.

Date: _____ DEC 27 2007 _____            ___HAERLE, J.___, Acting P.J.

**EXHIBIT 7**

**SUPERIOR COURT OF CALIFORNIA**

**COUNTY OF SAN FRANCISCO**

**APPELLATE DIVISION**

COMMUNITY HOUSING PARTNERSHIP, A
CALIFORNIA,

      Appellant,

    vs.

AARON BROWN et al,


      Respondent.

Case No.      CUD-07-623924


**NOTICE OF HEARING**

**CIVIL APPELLATE HEARING**


TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

    The above action has been set for hearing on FEB-22-2008, at 10:30 a.m. in Department

509, 400 McAllister Street, San Francisco, California, 94102.  Any motion to continue

said hearing must be presented at least 7 days prior to the hearing date.  Matters may be

submitted without argument.


DATE:    FEB-06-2008


               By: CARLOS MURILLO

               Deputy Clerk

## CERTIFICATE OF SERVICE BY MAIL
(Code of Civil Procedure § 1013a(4))

I, CARLOS MURILLO, deputy clerk of the Superior Court of California, County

of San Francisco, certify that I am not a party to this action.

On FEB-06-2008, I served the attached Notice Of Hearing by placing a copy thereof in

a sealed envelope addressed to each of the following:

AARON BROWN (DEFENDANT - PRO PER)
519 ELLIS STREET #507
SAN FRANCISCO, CA  94109

MICHAEL S. ROSSOFF (085565)
ONE UNITED NATIONS PLAZA
SAN FRANCISCO, CA  94102

and, I then placed the sealed envelope(s) in the outgoing mail at 400 McAllister Street,

San Francisco, CA 94102, on the date indicated above for collection with the postage thereon

fully prepaid, and mailed on that date following standard court practices.

Date :     FEB-06-2008

GORDON PARK-LI, Clerk

CARLOS MURILLO, Deputy Clerk

**EXHIBIT 8**

F I L E D

Superior Court of California
County of San Francisco
APPELLATE DIVISION

FEB 0 6 2008

GORDON PARK-LI, Clerk
BY: _____
CARLOS MURILLO

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF SAN FRANCISCO

## APPELLATE DIVISION

| | |
|---|---|
| COMMUNITY HOUSING PARTNERSHIP, a ) CALIFORNIA NONPROFIT ORGANIZATION, | Appellate No. 623924 |
| ) | |
| ) | Court No. CUD-07-623924 |
| Plaintiff/Respondent, ) | |
| ) | |
| vs. ) | ORDER CONTINUING HEARING ON |
| ) | APPEAL |
| AARON BROWN, ) | |
| ) | |
| Defendant/Appellant. ) | |

The court hereby continues the Default Hearing in the above-captioned appeal from

February 8, 2008 to February 22, 2008.

IT IS SO ORDERED.

DATE: February 5, 2008

_____
John K. Stewart, Associate Judge

## CERTIFICATE OF SERVICE BY MAIL
(Code of Civil Procedure § 1013a(4))

I, Carlos Murillo, deputy clerk of the Superior Court of California, County of San

Francisco, certify that I am not a party to this action.

On February 6, 2008, I served the attached **ORDER (623924)** by placing a copy thereof in

a sealed envelope addressed to each of the following:

Aaron Brown
1276 Golden Gate Avenue
San Francisco, Ca. 94109

Michael Rossoff
1 United Nations Plaza
San Francisco, Ca. 94102

and, I then placed the sealed envelope(s) in the outgoing mail at 400 McAllister Street, San

Francisco, CA 94102, on the date indicated above for collection with the postage thereon fully

prepaid, and mailed on that date following standard court practices.


DATE: February 6, 2008


GORDON PARK-LI, Clerk

_____
Carlos Murillo, Deputy Clerk

# PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years and not a party to the within-entitled action; my business address is One Market, Spear Street Tower, San Francisco, California 94105-1126.

On February 13, 2008, I served the within document(s):

DEFENDANT COMMUNITY HOUSING PARTNERSHIP'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS COMPLAINT [FRCP 12(B)(1), 12(B)(3), 12(B)(5), AND 12(B)(6)]

☐     by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒     by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐     by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐     by causing the document(s) listed above to be personally delivered at to the person(s) at the address(es) set forth below.

☐     by transmitting via electronic mail the document(s) listed above to each of the person(s) as set forth below.

| Party | Served Via |
|---|---|
| Aaron Brown<br>Attn: Bill<br>276 Golden Gate Avenue<br>San Francisco, CA 94102 | US Mail |
| Aaron Brown<br>519 Ellis Street, #507<br>San Francisco, CA 94109 | US Mail |
| San Francisco Superior Court<br>Department 501<br>400 McAllister Street<br>San Francisco, CA 94102 | US Mail |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7665906.1

1    I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same

2    day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage

3    meter date is more than one day after date of deposit for mailing in affidavit.

4    Executed on February 13, 2008, at San Francisco, California.

5    I declare under penalty of perjury that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct.

6

7

8    _____
Constance J. Ericson

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7665906.1                                    2