| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| | DIANE L. WEBB, State Bar No. 197851 |
| 2 | One Market, Spear Tower |
| | San Francisco, CA 94105 |
| 3 | Tel:    415-442-1000 |
| | Fax:   415-442-1001 |
| 4 | E-mail: dwebb@morganlewis.com |
| 5 | MORGAN, LEWIS & BOCKIUS LLP |
| | LILLIAN WOUNG, State Bar No. 253430 |
| 6 | 2 Palo Alto Square |
| | 3000 El Camino Real, Suite 700 |
| 7 | Palo Alto, CA 94306 |
| | Tel:    650-843-4000 |
| 8 | Fax:   650-843-4001 |
| | E-mail: lwoung@morganlewis.com |

Attorneys for Defendant
COMMUNITY HOUSING PARTNERSHIP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON BROWN, | Case No. CV 07-06504 JSW |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT COMMUNITY HOUSING PARTNERSHIP'S MOTION TO DISMISS COMPLAINT** |
| v. | |
| COMMUNITY HOUSING PARTNERSHIP; SUPERIOR COURT OF THE STATE OF CALIFORNIA, DEPARTMENT 501, | Hearing Date: April 11, 2008 |
| | Time:         9:00 a.m. |
| | Location:    Courtroom 2, 17th Floor |
| | Judge:        The Honorable Jeffrey S. White |
| Defendants. | |

On April 11, 2008, at 9:00 a.m., defendant Community Housing Partnership's ("CHP") motion to dismiss plaintiff Aaron Brown's complaint came on regularly for hearing in Courtroom 2 of the above-referenced Court. The law firm of Morgan, Lewis & Bockius LLP appeared on behalf of CHP, and Mr. Brown appeared on behalf of himself.

Having considered the papers submitted in support of and in opposition to the motion to

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

1-SF/7665535.1

1

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS
Case No. CV 07-06504 JSW

1  dismiss, as well as admissible evidence and the arguments offered in connection therewith, the
2  Court hereby GRANTS CHP's motion to dismiss Complaint without leave to amend.

4  **IT IS SO ORDERED.**

6  Dated: April __, 2008

_____
JEFFREY S. WHITE
U.S. District Court Judge

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

1-SF/7665535.1

2

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS
Case No. CV 07-06504 JSW

# PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years and not a party to the within-entitled action; my business address is One Market, Spear Street Tower, San Francisco, California 94105-1126.

On February 13, 2008, I served the within document(s):

[PROPOSED] ORDER GRANTING DEFENDANT COMMUNITY HOUSING PARTNERSHIP'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS COMPLAINT

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐ by causing the document(s) listed above to be personally delivered at to the person(s) at the address(es) set forth below.

☐ by transmitting via electronic mail the document(s) listed above to each of the person(s) as set forth below.

| Party | Served Via |
|---|---|
| Aaron Brown<br>Attn: Bill<br>276 Golden Gate Avenue<br>San Francisco, CA 94102 | US Mail |
| Aaron Brown<br>519 Ellis Street, #507<br>San Francisco, CA 94109 | US Mail |
| San Francisco Superior Court<br>Department 501<br>400 McAllister Street<br>San Francisco, CA 94102 | US Mail |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7665909.1

1     I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    Executed on February 13, 2008, at San Francisco, California.

    I declare under penalty of perjury that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct.

_____
Constance J. Ericson

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7665909.1      2