UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AARON BROWN

    Plaintiff(s),                                No. C 07-06504 JSW

  v.                                         **CLERK'S NOTICE**

COMMUNITY HOUSING

    Defendant(s).

_____/

    YOU ARE HEREBY NOTIFIED that on April 11, 2008, at **9:00 a.m.,** immediately following the hearing on Defendant's Motion to Dismiss, in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Initial Case Management Conference **previously noticed for** 1:30 p.m. , in this matter. Case management statements remain due on or before April 4, 2008.

                                          Richard W. Wieking
                                          Clerk, United States District Court

                                          By:_____
                                          Jennifer Ottolini, Deputy Clerk
                                          Honorable Jeffrey S. White
                                          (415) 522-4173

Dated: February 14, 2008

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

AARON BROWN,

        Plaintiff,

  v.

COMMUNITY HOUSING et al,

        Defendant.

Case Number: CV07-06504 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 14, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Aaron Brown
Attn: Bill
276 Golden Gate Avenue
San Francisco, CA 94102

Dated: February 14, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk