**Name and Address**
Aaron Brown (Pro se)
276 Golden Gate
SF Ca 94102

FILED
FEB 13 PM 12:25
[illegible stamp] DISTRICT COURT
[illegible] CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Aaron Brown
AKA
Darren Brown

**Plaintiff / Petitioner**

VS. Community Housing Partnership, et, al

**Defendant / Respondent**

J.S.W.
Case No. C-07-6504
DT: Feb. 13, 2008
Document Name: Request

Production - Documents (Records) (Mental Health) - (Kristina Dihem - Therapist (C.H.P)
- 2005 - 2007 -)
CHP

18  I Aaron Brown aka Darren Brown
19  am the plaintiff above - Informing the
20  Courts, to order Community Housing
21  Partnership, in compliance by HIPPA - Law
22  to see & have copy of said plaintiffs
23  mental Health records concerning
24  matters & sessions with contracted
25  source - UCSF - Kristina Dihem &
26  Dimitrus - (Therapist(s)) for the
27  Years of 2005 thru 2007 - And

1  right to an accounting disclosures. In
2  addition plaintiff also notes to the
3  courts that Kristina on or about
4  Feb 2, 2008 - stated I needed to
5  make a written request to Gail
6  Gillman - C.H.P. - Tenants Service Director
7  Kristina Dihom also on prior
8  and before confidentiality notice,
9  had advised me on many inquiries,
10 that my mental health Cognitive
11 therapy were to remain between
12 Herself & I only, during our
13 Patient-Relation & afterwards.
14    I also am concerned & have been
15 so recently of this type of Privacy
16 Practices by Kristina - UCSF &
17 Community Housing Partnership - Concerning
18 our therapy sessions, conducted especially
19 in the months of November 2007 &
20 Dec. 2007. Where Kristina & I
21 had discussions on my whereabouts
22 in San Mateo Co - Redwood City
23 and legal matters concerning
24 CS # 623924 - SUP CT - & CS #
25 unlawful Detainer
26 C-03-0047 PJH - US Dist CT
27 I ask this court again to
28 order said mental Health Records

1. to be made availabe for upon
2. receipt at its earlist —
3. I do declare the foregoing
4. to be true to the best
5. of my knowledge under
6. Penalties of Perjury
7. See Exhibit K.D

*[Signature: Aaron Brown]*
aka
*[Signature: Dawn Brown]*

2/13/08

Communication Report - Memory Send

Date & Time: Oct-23-2007  08:59am
Tel line    : +14155631350
Machine ID  : COMMUNITY HOUSING

| | | |
|---|---|---|
| Job number | : | 317 |
| Date & Time | : | Oct-23 08:58am |
| To | : | 5531034 |
| Number of pages | : | 001 |
| Start time | : | Oct-23 08:58am |
| End time | : | Oct-23 08:59am |
| Pages sent | : | 001 |
| Status | : | OK |
| Job number | : 317 | *** SEND SUCCESSFUL *** |

EX-KD

ATTN - M. Ortiz
D.St-Atty-Ofc.
415-553-1034

**STATE OF CALIFORNIA**
Victim Compensation and Government Claims Board (VCGCB)
VCGCB-VOC-8935 (Rev. 05/05)

**Mental Health Provider Relocation Benefit Verification Form**

For staff use only
Meets Relocation Criteria
Yes ☐  No ☐
Initial: _____

This form is to help mental health providers document a threat to the emotional well-being of a crime victim seeking relocation benefits from the Victim Compensation Program (VCP) pursuant to GC § 13957(a)(8). This form may be used with or without a letter from the mental health provider. If a letter is submitted without this form, it must be on provider's letterhead and contain the information requested on this form.

**Victim Information**

Name: Aaron Brown
SSN: 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
Address: 519 Ellis St  # 507
City: San Francisco   State: CA   Zip: 94109
Phone: 563-3205 x102 / Krisztina Dihen 730-1364
VCP Claim No. (if known): —

**Crime Information**

Crime Date: March, 2007 through Oct, 2007
Crime Report Number (if known): —
Type of Crime: Assault / harassment
Law Enforcement Agency Name: SFPD

**Mental Health Information**

Provider/Organization Name: Krisztina Dihen MFTI, UCSF Citywide SRO Team
License No./Expr. Date: 50161 / March 31, 200_
Treatment Dates: 9/28/06 through Pres.
No. of Sessions: approx
Is Treatment Ongoing?: yes

Please explain why relocation is necessary for the victim's emotional well-being and describe the consequences victim faces if he or she does not relocate:
Ct ("Aaron Brown) continues to feel fearful in the building due to having a history of being harassed, threatened and assaulted at his residency. Ct's individual mental health conditions are further exacerbated by these ac[ts]

Will you be providing supportive counseling services or referring the victim to an intern, or a domestic violence or sexual assault program? Please explain: I will continue to support ct through out his transition and provide referrals & resources after his departure from the building.

**When Completed by Mental Health Provider**

Mental Health Provider Name: Krisztina Dihen, MFTI
Phone No.: 415 730-1364
Signature: KD
Date: 10/22/07

If Form is not fully completed by MH Provider contact the Provider, complete the missing information in red ink and complete this section.

Mental Health Provider Supplying Information: XXXXX   Phone No.: XXXXX
VW Center Advocate or VCP Staff Completing This Form: XXXXX   Phone No.: XXXXX
VW Center Name and Code No.: XXXXX   Date: XXXXX

[illegible signature] Eric Brown [illegible] MFT