IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AARON BROWN,

    Plaintiff,

v.

COMMUNITY HOUSING PARTNERSHIP and SUPERIOR COURT OF THE STATE OF CALIFORNIA AND COUNTY OF SAN FRANCISCO DEPARTMENT 501, et al.,

    Defendants.

No. C 07-06504 JSW

**ORDER SETTING BRIEFING SCHEDULE**

On February 13, 2008 defendant Community Housing Partnership ("CHP") filed a motion to dismiss and noticed it to be heard on April 11, 2008 at 9:00 a.m. The Court HEREBY ORDERS that plaintiff Aaron Brown's ("Plaintiff") opposition to this motion shall be due by Friday, March 14, 2008 and CHP's reply shall be due by Friday, March 21, 2008.

On February 7, 2008, the Court denied Plaintiff's *ex parte* motion for preliminary injunction because it was not served and noticed in accordance with the local rules and because the motion was incomprehensible. A day later, Plaintiff filed a document entitled "Re-filing Preliminary Injunction (TRO). Plaintiff has not yet noticed this motion for a hearing date at least thirty-five days after service of the motion in violation of Civil Local Rule 7-2(a). Nevertheless, the Court HEREBY SETS Plaintiff's motion to be heard on April 11, 2008 at 9:00 a.m. The Court FURTHER ORDERS that Defendants' opposition to this motion shall be due by Friday, March 14, 2008 and Plaintiff's reply shall be due by Friday, March 21, 2008.

If the Court determines that these matters are suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: February 20, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2