**Name and Address:**
Aaron Brown
276 Golden Gate
San Francisco, Calif 94102
650-679-4011

FILED 1 of 5
FEB 14 PM 3:43

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Aaron Brown

**Plaintiff / Petitioner**

vs. Community Housing Partnership
Dept 501 - Sup - Ct

**Defendant / Respondent**

Case No. C-07-6504 J.S.W.

**Document Name:** Judicial-Notice
Professional Rules of mis-conduct
Attorney of Record
Notification(s) (unfiled)

1. I Aaron Brow am the above mention
2. Plaintiff - advising the courts of
3. willful intent to mislead, mis-inf-
4. orm and confused on counsel behalf
5. Morgan Lewis & Bockius LLP - See
6. exhibit (M.L.B.) Plaintiff while
7. at clerks office via computer became
8. knowledgeable - of Now attorneys
9. for Community Housing Partnership
10. Rather than as thought to believe
11. michael S. Rossoff (Attorney of record

answers - Repetitiveness is not limited in their request for dismissal. Pro se litigents are held to a lesser degree of standards in their pleadings and cognizuable claims

Defendants also in their motion to Dismiss is again outrageous compliance and should be held to answer for civil rights violation of the 1st, 5th, 8th & 14th amendments of U.S - const — In its entirety — I do declare under pralties of perjury to the best of my knowledge the foregoing to be true

P.S. Also Def are deliberately exercebating mental health issues.

Aaron Brown
2/14/08

1. merited and validated with
2. good cause as in regards
3. to serving ~~plaintiff~~
4. ~~Defendants~~ attorney on record
5. Michael S. Rossoff
6. 
7. Plaintiff ask this court
8. to sanction said defendants
9. and attorneys there mention
10. of for misconduct. Rather
11. be fines, etc, etc.
12. As well as abuse of discretion
13. to notify the courts or
14. Plaintiff-Pro-Se for that
15. matter
16. 
17. 
18. Plaintiff states Defendants
19. does not know in its
20. exact nature who he
21. should be serving papers
22. which attorneys - or which
23. direction a bird should
24. fly???
25. 
26. Furthermore in defendants

1. at one united Plaza Civic Center
2. SF Ca 94102 - Plaintiff has
3. not received any notification
4. as to any change of Counsel
5. Nor has the docket states
6. such a record (CS# 07-6504)
7.    Plaintiff was met with
8. avoidance today when attempting
9. to contact either Diane L. Webb
10. (197851) or Lillian Woong - In
11. fact I was told a Lillian Woong
12. doesn't work at the firm -
13.    when trying to speak to
14. a Kathy - Secretary & their
15. operators - Plaintiff was met
16. and greeted with scarcasm(s)
17. regarding clarity of Record
18. of Counsel -
19.    It should be noted
20. to the Courts - change of
21. address already on record
22. Courts docket in the above
23. mention case - Plaintiff as the
24. Courts to order all such
25. Summons & proof/service
26. into plaintiffs filings be

Exhibit 5 of 5

M.L.B.

| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| | DIANE L. WEBB, State Bar No. 197851 |
| 2 | One Market, Spear Tower |
| | San Francisco, CA 94105 |
| 3 | Tel:  415-442-1000 |
| | Fax:  415-442-1001 |
| 4 | E-mail:dwebb@morganlewis.com |
| 5 | MORGAN, LEWIS & BOCKIUS LLP |
| | LILLIAN WOUNG, State Bar No. 253430 |
| 6 | 2 Palo Alto Square |
| | 3000 El Camino Real, Suite 700 |
| 7 | Palo Alto, CA 94306 |
| | Tel:  650-843-4000 |
| 8 | Fax:  650-843-4001 |
| | E-mail:lwoung@morganlewis.com |
| 9 | |
| 10 | Attorneys for Defendant |
| | COMMUNITY HOUSING PARTNERSHIP |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

AARON BROWN,

    Plaintiff,

v.

COMMUNITY HOUSING PARTNERSHIP; SUPERIOR COURT OF THE STATE OF CALIFORNIA, DEPARTMENT 501,

    Defendants.

Case No. CV 07-06504 JSW

**DEFENDANT COMMUNITY HOUSING PARTNERSHIP'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT, MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS COMPLAINT [FRCP 12(b)(1), 12(b)(3), 12(b)(5), AND 12(b)(6)], AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND DISCLOSURE STATEMENT BY DEFENDANT [L.R. 3-16; F.R.C.P. 7.1]**

Hearing Date: April 11, 2008
Hearing Time: 9:00 a.m.
Location:  Courtroom 2, 17th Floor
Judge:  The Honorable Jeffrey S. White


MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7664526.1

DEFT COMMUNITY HOUSING PARTNERSHIP'S NOTICE OF AND MOTION TO DISMISS COMPLAINT, MEMO P&A ISO OF MOTION TO DISMISS COMPLAINT & CERT. OF INTERESTED PARTIES, *et al.*
Case No. CV 07-06504 JSW