Proof/Service

FIL

1 | Aaron Brown (Pro-se) Plaintiff
2 | 276 Golden Gate
3 | SF Ca 94102 - 650-679-4011
4 |
5 | Atty - Michael S. Rossoff - Esq
6 | Community Housing Partnership - Dept 501 - Sup-CT
7 | One United Plaza     Defendants
8 | SF Ca 94102      DT - Feb - 14, 2008
9 |              CS# C-07-6504 JSW
10 |
11 |
12 | I  LINDA MOLLOY           U.S.
13 |
14 | mailed to One United Plaza
15 | at/c michael S. Rossoff - Esq. SF Ca
16 | 94102 - Document(s) - Production Documents   Dated/Filed 2-13-08
17 | Records - Mental Health (via Kristina Dihen
18 | UCSF) (Requesting) And exhibit KD - address
19 | is 436 GRANADA Dr  SF Ca 94014
20 |
21 | tel  N/A
22 |
23 | I do declare under penalties
24 | of perjury  THURSDAY 2-14-08
25 |              1:16 AM
26 | Linda Molloy
27 | Signature
28 | 2-14-08