Notice/Service Feb 15, 2008

1. (Plaintiff) Aaron Brown (Pro-se) 650-679-4011
2. 276 Golden Gate
3. SF Ca 94102

FILED FEB 15 PM 3:41 CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

4. Morgan, Lewis & Bockius LLP (Community
5. Diane L. Webb - (197851) Housing Partnership
6. SF Ca 94105
7. Tel - 415-442-1000    Defendants)
8. One Market, Spear Tower suite 700   JSW
9.                                      CS# C-07-6504
10. I Otis Pinkston
11.
12. do declare under penalties of
13. perjury did US mail to the above
14. mentioned defendants address. (captioned)
15. my address 41 Jones Rm 308 S.F Ca.
16.                                              94102
17. my tel no  NA
18. date  Friday 15th 2008
19. Signature
20.             3:20 P.m
21.    Record filing misconduct
22.    Jud- Notice - spages
23. Otis J. Pinkston