1 of 4

FILED
FEB 22 PM 3:18
[clerk stamp - U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]

Aaron Brown (Pro-se)
**Name and Address**
276 Golden Gate Ave.
San Francisco Calif 94102

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Aaron Brown
aka
Darren Browne

**Plaintiff / Petitioner**

vs. S.F.S.D.
et. al

**Defendant / Respondent**

Case No. 
C-03-0047-PJH
C-05-2571-PJH
C-07-6504-JSW

Document Name: Judicial Notice
Sup-CT-400 mc Allister
Dept 509-SFSD (staff)
Malfeasance-Conduct
Legal-Standby

---

I Aaron Brown, also known as Darren Browne, Judicial Notice the above mention courts of todays events involving a superior court proceeding Dept 509 - Feb 22, 2008 - 10:30 am (C.H.P.) Dept 501 Approximately at 10:15am S.F.P.D. Cad# ~~11050~~ S-080531465 responded to at 11:37am Offc. M. Horan #1947 in regards to plaintiff needing Legal Standby - Protection From

San Francisco Sheriff Deputies retaliations, Harrassments, False arrest attempts amongst other things. During standby wait SFSD Arias #1874 & Cadet #72 refused to contact Dept 509 approx at 10:25 AM & thereafter informing my presence for court hearing and legal standby need - S.F.P.D. Several Sheriff Deputies, when asked refused - one stating "she would do so after her break" - Another stating "I refuse" and another (SFSD) Lucras ignoring me when asked to inform the courts. - I also attempted calling the CTS # 415-551-4000 - to no avail - Dept 509 — upon arrival, Offc Horst #1947, was shown my U.S. Dist Ct - Docket, C# C-07-6504 - Brown v. Community Housing Partn — Dept 501 Sup CT —

And escorted me - approx - 11:45 am 5th Fl - Dept 509 - Sup - Ct - when arrived, a female came to open door and was shown Calendar-Docket info, concerning notice of appeal. She stated (Female Caucasian 5ft 5 W medium size) "Dept 509 - was not a courtroom - and had NO knowledge of my needing to be there. And everyone was gone."

Plaintiff then advised officer of possible misconduct. (Sheriff + Sup Courts) And was escorted out of building.... (And not returning Good-Cause)

I do declare the foregoing to be true to the best of my knowledge under penalties of perjury.

[signature]  2/22/08

4 of 4

# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SAN FRANCISCO
### APPELLATE DIVISION

| | |
|---|---|
| COMMUNITY HOUSING PARTNERSHIP, A CALIFORNIA,<br><br>    Appellant,<br><br>vs.<br><br>AARON BROWN et al,<br><br>    Respondent. | Case No.    CUD-07-623924<br><br>NOTICE OF HEARING<br>CIVIL APPELLATE HEARING |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

The above action has been set for hearing on FEB-22-2008, at 10:30 a.m. in Department 509, 400 McAllister Street, San Francisco, California, 94102. Any motion to continue said hearing must be presented at least 7 days prior to the hearing date. Matters may be submitted without argument.

DATE:    FEB-06-2008

By: CARLOS MURILLO
Deputy Clerk