Proof/Service Feb 25, 2008

1. Aaron Brown (Pro-se) Plaintiff
2. 276 Golden Gate
3. SF Ca 94102
4. 650-679-4011
5. Atty(s) For Community (Defr)
6. Housing Partnership (Dept 501)
7. Morgan, Lewis & Bockius LLP
8. Diane L. Webb - 197851
9. Lillian Woung - 253430
10. One Market, Spear Tower
11. S.F. Ca 94105
12. Tel# 415-442-1000

FILED FEB 25 AM 11:40
CS# 07-6504
CS# sup-ct No. 623924

PJH  JSW
C-03-0047  C-07-6504
C-05-2571

15. I Andre Wilson did us mail
17. said documents to defendants atty
18. above - Judicial Notice - Malfeasance
19. Conduct (4pgs) CS# 03-0047 - CS# 2571 - CS# -07-6504
20. 
21. this date Monday Feb 25th 2008 10:02AM
23. my address 323 Ellis SF Ca 94102
24. Tel#_____
26. I Do declare under penalties of
27. Perjury _____
28. Signature