**CHAMBERS COPY**
**FILED**

MAR 1 3 2008

RICH...

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES E. TOPPER,<br><br>　　　　　　　　　　Petitioner,<br><br>　v.<br><br>M.S. EVANS, Warden<br><br>　　　　　　　　　　Respondent. | C 07-4543 JSW (PR)<br><br>**ORDER GRANTING FIRST ENLARGEMENT OF TIME TO FILE ANSWER** |

GOOD CAUSE APPEARING, it is hereby ordered that respondent is granted an enlargement of time, to and including May 9, 2008, to file an answer to the petition for writ of habeas corpus.

DATED: _____

　　　　　　　　　　　　　　　　　　_Jeffrey S. White_
　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　United States District Judge

ORDER GRANTING FIRST ENLARGEMENT OF TIME TO FILE ANSWER - C 07-4543 JSW (PR)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAMES E TOPPER,

        Plaintiff,

v.

M S EVANS et al,

        Defendant.

Case Number: CV07-04543 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 13, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dorian Jung
Office of the Attorney General
State of California
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-3664

James E. Topper
V79602
SVSP
P.O. Box 1050
Soledad, CA 93960-1050

Dated: March 13, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

2 of 12

(197851), As well as community Housing Partnership itself (prior-Landlord), which when communicating with either attorneys, has lead to extreme confusion, mis-statements of facts to matters, amongst other things. (withholding property) "See EX-ATTN" The courts in respect, →See EX-1-30 (Attach) should be un-mindful of Docket(s) 30, 32, & 35 on the docket sheets, and also errors on docketing matters and services, such as attachments & summons not being served on defendants within this time frame, Plaintiff has started new anxiety medication, which according to Doctors, won't fully be of benefit until at least 4-wks of taking meds for anxieties.

(2)