Proof / Service / March 13, 2008

FILED

1. Aaron Brown (Pro-se) Plaintiff
2. 276 Golden Gate SF, Ca 94102
3. 650-679-4011
4. 
5. Attorney for Community
6. Housing Partnership - Dept 501
   Sup Ct
7. 
8. Morgan Lewis & Bockius LLP
9. Diane L. Webb (197851) (Sinor atty)
10. One Market, Spear Tower
11. 
12. Lilian Woung (253430)
13. 2 Palo Alto Square
14. 300 El Camino Real, Suite 700
15. Palo Alto, Ca 94306
16. 
17. C07-6504 JSW
18. I Robert Whitfield did U.S.
19. 
20. mail to Lilian Wong Morgan
21. Lewis & Bockius LLP at 2 palo Alto
22. Square 300 El Camino Real, Suite 700
23. (Documents - Continuance - & appt-Counsel)
24. 
25. my address is 780 13th St. Apt 311
26. S.F. CA 94102 march 13, 2008
27. Signature Robert Whitfield 8:45 AM.
28. 

I do declare the foregoing to be true under Penalties / Perjury.