MORGAN, LEWIS & BOCKIUS LLP
DIANE L. WEBB, State Bar No. 197851
MATTHEW WEILER, State Bar No. 236052
One Market, Spear Tower
San Francisco, CA  94105
Tel:    415-442-1000
Fax:    415-442-1001
E-mail:dwebb@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
LILLIAN WOUNG, State Bar No. 253430
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306
Tel:    650-843-4000
Fax:    650-843-4001
E-mail:lwoung@morganlewis.com

Attorneys for Defendant
COMMUNITY HOUSING PARTNERSHIP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON BROWN, | Case No. CV 07-06504 JSW |
| Plaintiff, | **ADR CERTIFICATION BY PARTIES AND COUNSEL** |
| v. | |
| COMMUNITY HOUSING PARTNERSHIP; SUPERIOR COURT OF THE STATE OF CALIFORNIA, DEPARTMENT 501, | |
| Defendants. | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)**    Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" as found on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)**    Discussed the available dispute resolution options provided by the Court and

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7681392.1

1   private entities; and

2       **(3)**    Considered whether this case might benefit from any of the available dispute
    resolution options.

3

4

5   Dated: March 21, 2008                                      /S/__
                                                    ZEKE WEINER
6                                                   COMMUNITY HOUSING PARTNERSHIP

7

8   Dated: March 21, 2008                                      /S/
                                                    DIANE L. WEBB
9                                                   MORGAN, LEWIS & BOCKIUS, LLP

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

1-SF/7681392.1                                         2
                            ADR CERTIFICATION BY PARTIES AND COUNSEL
                                      Case No. CV 07-06504 JSW

1

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

2

3        I hereby attest that I have on file all holograph signatures for any signatures indicated by a

4   "conformed" signature (/S/) within this efiled document.

5

Dated: March 21, 2008                                      /S/

6                                            DIANE L. WEBB
                                            MORGAN, LEWIS & BOCKIUS, LLP
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## PROOF OF SERVICE

2

I am a resident of the State of California and over the age of eighteen years and not a party to the within-entitled action; my business address is One Market, Spear Street Tower, San Francisco, California 94105-1126.

3

4

On March 21, 2008, I served the within document(s):

5

**DEFENDANT COMMUNITY HOUSING PARTNERSHIP'S ADR CERTIFICATION BY PARTIES AND COUNSEL**

6

7

☐   by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

8

☒   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

9

10

☐   by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

11

12

☐   by causing the document(s) listed above to be personally delivered at to the person(s) at the address(es) set forth below.

13

14

☐   by transmitting via electronic mail the document(s) listed above to each of the person(s) as set forth below.

15

16

| Party | Served Via |
|---|---|
| Aaron Brown<br>Attn: Bill<br>276 Golden Gate Avenue<br>San Francisco, CA 94102 | US Mail |
| Aaron Brown<br>519 Ellis Street, #507<br>San Francisco, CA 94109 | US Mail |
| San Francisco Superior Court<br>Department 501<br>400 McAllister Street<br>San Francisco, CA 94102 | US Mail |

17

18

19

20

21

22

23

24

25

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

26

27

Executed on March 21, 2008, at San Francisco, California.

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ADR CERTIFICATION BY PARTIES AND COUNSEL
Case No. CV 07-06504 JSW

1         I declare under penalty of perjury that I am employed in the office of a member of the bar
2    of this court at whose direction the service was made, and that the foregoing is true and correct.

3                                   /S/
                               Constance J. Ericson

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7681392.1

5

ADR CERTIFICATION BY PARTIES AND COUNSEL
Case No. CV 07-06504 JSW