1  MORGAN, LEWIS & BOCKIUS LLP
   DIANE L. WEBB, State Bar No. 197851
2  MATTHEW WEILER, State Bar No. 236052
   One Market, Spear Tower
3  San Francisco, CA  94105
   Tel:    415-442-1000
4  Fax:    415-442-1001
   E-mail:dwebb@morganlewis.com
5
   MORGAN, LEWIS & BOCKIUS LLP
6  LILLIAN WOUNG, State Bar No. 253430
   2 Palo Alto Square
7  3000 El Camino Real, Suite 700
   Palo Alto, CA 94306
8  Tel:    650-843-4000
   Fax:    650-843-4001
9  E-mail:lwoung@morganlewis.com

10 Attorneys for Defendant
   COMMUNITY HOUSING PARTNERSHIP
11

                     UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

                         SAN FRANCISCO DIVISION


| | |
|---|---|
| AARON BROWN, | Case No. CV 07-06504 JSW |
| Plaintiff, | **DEFENDANT COMMUNITY HOUSING PARTNERSHIP'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS REPLY TO PLAINTIFF AARON BROWN'S NON-OPPOSITION TO MOTION TO DISMISS COMPLAINT [FRCP 12(b)(1), 12(b)(3), 12(b)(5), AND 12(b)(6)]** |
| v. | |
| COMMUNITY HOUSING PARTNERSHIP; SUPERIOR COURT OF THE STATE OF CALIFORNIA, DEPARTMENT 501, | |
| Defendants. | Hearing Date:   April 11, 2008<br>Time:           9:00 a.m.<br>Location:       Courtroom 2, 17th Floor<br>Judge:          The Honorable Jeffrey S. White |

## REQUEST FOR JUDICIAL NOTICE

Defendant Community Housing Partnership, pursuant to Federal Rule of Evidence 201, hereby respectfully requests that this Court take judicial notice of the following document:

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7681419.1                              1
DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS, ET AL.
                              Case No. CV 07-06504 JSW

1    A true and correct copy of the Order Dismissing Appeal in San Francisco Superior Court Case Number CUD-07-623924, Appeal No. 623924, *Community Housing Partnership* (plaintiff/respondent) *v. Aaron Brown* (defendant/appellant), bearing a file-stamp date of March 4, 2008, which is attached hereto as <u>Exhibit 1</u>.

The Court properly may take judicial notice of the above documents pursuant to Federal Rule of Evidence 201 because they are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned" and are integral to the Plaintiff's allegations. Fed. R. Evid. 201(b)(2); *see also Parrino v. FHP, Inc.*, 146 F.3d 699, 705-706 (9th Cir. 1998) (holding district court may consider document on a motion to dismiss where plaintiff's claims make reference to or are predicated on that document, but where the document itself was not attached to the complaint).

Dated: March 21, 2008                    MORGAN, LEWIS & BOCKIUS LLP


By _____/s/_____
   Diane L. Webb
   Attorneys for Defendant COMMUNITY
   HOUSING PARTNERSHIP

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7681419.1                           2
DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS, ET AL.
Case No. CV 07-06504 JSW

**EXHIBIT 1**




**FILED**
Superior Court of California
County of San Francisco
APPELLATE DIVISION

MAR 0 4 2008

GORDON PARK-LI, Clerk
BY: CARLOS MURILLO

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SAN FRANCISCO

APPELLATE DIVISION

| | |
|---|---|
| COMMUNITY HOUSING PARTNERSHIP,<br><br>        Plaintiff/Respondent,<br>vs.<br><br>AARON BROWN,<br>        Defendant/Appellant. | ) Appellate No. 623924<br>)<br>) Court No. CUD-07-663924<br>)<br>)<br>)<br>)<br>) **ORDER DISMISSING APPEAL**<br>)<br>)<br>) |

This matter came on for hearing on February 22, 2008. After considering the evidence and applicable law, the Court's Motion to Dismiss the appeal filed on December 24, 2007 is hereby GRANTED. The appeal is hereby DISMISSED.

IT IS SO ORDERED.

DATE: February 26, 2008

_____
Robert L. Dondero, Presiding Judge

_____
Jerome T. Benson, Associate Judge

_____
Diane E. Wick, Associate Judge

# CERTIFICATE OF SERVICE BY MAIL
(Code of Civil Procedure § 1013a(4))

I, Carlos Murillo, deputy clerk of the Superior Court of California, County of San Francisco, certify that I am not a party to this action.

On March 4, 2008, I served the attached **JUDGMENT ON APPEAL (623924)** by placing a copy thereof in a sealed envelope addressed to each of the following:

Aaron Brown
276 Golden Gate Avenue
San Francisco, Ca. 94109

Michael S. Rossoff
One United Nations Plaza
San Francisco, Ca. 94102

Jean Kong
Appeals Clerk
400 McAllister Street, Room 103
San Francisco, Ca. 94102

Hon. Ronald Quidachay (Inter-Office)
Judge Superior Court
400 McAllister Street, Dept. 501
San Francisco, Ca. 94102

Hon. David L. Ballati (Inter-Office)
Judge Superior Court
400 McAllister Street, Dept. 206
San Francisco, Ca. 94102

Hon. Ksenia Tsenin   (Inter-Office)
Judge Superior Court
850 Bryant Street, Dept. 22
San Francisco, Ca. 94103

and, I then placed the sealed envelope(s) in the outgoing mail at 400 McAllister Street, San Francisco, CA 94102, on the date indicated above for collection with the postage thereon fully prepaid, and mailed on that date following standard court practices.

DATE: March 4, 2008

GORDON PARK-LI, Clerk
_____
Carlos Murillo, Deputy Clerk

## PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years and not a party to the within-entitled action; my business address is One Market, Spear Street Tower, San Francisco, California 94105-1126.

On March 21, 2008, I served the within document(s):

**DEFENDANT COMMUNITY HOUSING PARTNERSHIP'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS REPLY TO PLAINTIFF AARON BROWN'S NON-OPPOSITION TO MOTION TO DISMISS COMPLAINT [FRCP 12(B)(1), 12(B)(3), 12(B)(5), AND 12(B)(6)]**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐ by causing the document(s) listed above to be personally delivered at to the person(s) at the address(es) set forth below.

☐ by transmitting via electronic mail the document(s) listed above to each of the person(s) as set forth below.

| Party | Served Via |
|---|---|
| Aaron Brown<br>Attn: Bill<br>276 Golden Gate Avenue<br>San Francisco, CA 94102 | US Mail |
| Aaron Brown<br>519 Ellis Street, #507<br>San Francisco, CA 94109 | US Mail |
| San Francisco Superior Court<br>Department 501<br>400 McAllister Street<br>San Francisco, CA 94102 | US Mail |

1-SF/7681511.1

    I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    Executed on March 21, 2008, at San Francisco, California.

    I declare under penalty of perjury that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct.

_____
Constance J. Ericson

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

1-SF/7681511.1

2