UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AARON BROWN

      Plaintiff(s),                          No. C 07-06504 JSW

  v.                                         **CLERK'S NOTICE**

COMMUNITY HOUSING

      Defendant(s).

_____/

    YOU ARE HEREBY NOTIFIED that on May 16, 2008, at 9:00 a.m., immediately following the hearing on the motions, in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Initial Case Management Conference **previously noticed for** April 11, 2008, in this matter. The case management conference statements shall be due on or before May 9, 2008.

Richard W. Wieking
Clerk, United States District Court

By:____*Jennifer Ottolini*_____
Jennifer Ottolini, Deputy Clerk
Honorable Jeffrey S. White
(415) 522-4173

Dated: March 25, 2008

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

AARON BROWN,

        Plaintiff,

  v.

COMMUNITY HOUSING et al,

        Defendant.

Case Number: CV07-06504 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Aaron Brown
Attn: Bill
276 Golden Gate Avenue
San Francisco, CA 94102

Dated: March 25, 2008

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk