1  Aaron Brown
   **Name and Address**
2  276 Golden Gate Ave
3  S.F. Ca 94102

FILED
MAR 25 PM 12:33
1 of 6

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Aaron Brown ) Case No. C07-6504 JSW
)
)
**Plaintiff / Petitioner** ) Document Name: Case Conf. Mgr.
) Statement - Judicial
vs. Community ) Partiality Notice —
HSN - Partnership ) Preserving Removal
(Landlord) - Dept 501 ) And ADR (Cert.)
Sup - Ct )
**Defendant / Respondent** )

I Plaintiff, Aaron Brown with respect to the courts, and in good-faith, place with this court, the Honorable Jeffrey S. White Case Conference management Statement (march 25, 2008) Notice for hearing April 11, 2008 - 9:00 am Courtroom 2 (Two) 17th Fl.

Despite motion to appoint Counsel & Continuance (Doc. 38) Plaintiff Aaron Brown has also

complied with Civil L.R. 16. and has readily, read: "A.D.R. HandBook" and options. I have decided, Settlement Conferences in the above matter.

It should also be noted; Opposing counsel, Diane Webb and I earlier on, this month of March 2008. We engaged on settlement negotiation, where I as plaintiff first started with a three-thousand dollars amount. Then re-tried again with 1,500 (fifteen-hundred) explaining a need to have stable housing, which will cover move in cost (1500), seeking affordable housing to no-avail.

Opposing counsel, Diane Webb expressed also, CHP's

Case 3:07-cv-06504-JSW    Document 46    Filed 03/25/2008    Page 3 of 8

3 of 6

unwillingness again today, in their plight to award any monies at all (period) ~~to~~ Plaintiff.

Furthermore, advising me of their ADR intent. Early Neutral Evaluation. Plaintiff does not agree to be any part of opposing counsel E.N.E. resolution and has expressed it so, with Dane Webb.

Over-all Statement of Facts.

---

On or about Oct 16, 2008 CHP (Landlord) Retaliated against me with an eviction. After Stating that there were Security breaches, mgmt Neglect. And tenant safety issues in regards to myself,

being ignored by landlord - Amongst other things, while attending a board meeting CHP — (See Exhibit (1 of H dated 10/17/07 & Incident Tenant Complaint '9-15-07') I explained how I have been assaulted by other tenants and trespassers entering through laundry room - See also exhibits(s)

Your honor at present its 12:25 noon - I can't file a completed statement for case mgmt or less alone follow through Done

Presently as I pour through the case file and materials I am distraught with anxieties and immediate depression as I look back on matters concerning this case with my landlord. I am

suffering present memory lost as to even it being a tuesday – Your honor I not presently capable of following through at this time – here at the clerk's office –

Please accept ~~be~~ as is – no points of ~~authorities~~ – Thank You

I do declare under penalties of perjury the foregoing ~~to be~~ ~~perjury~~ true/penalties of perjury

and it being difficult ever At present moment being reminded of my Judicial injustices 1st Ct of appeals, Calif-State Supreme Court, Ninth Circuit Sup-Ct etc etc Among other things...

Started 9:00am - time now 12:30pm

Aaron Brown
3/25/08
Will attempt to Service of Process

# Incident Report/Tenant Complaint Form

Complete this form to report any Rules of Conduct violation, Medical, Police and Fire Dept. visits or emergencies and general participant concerns. Be as complete and accurate as possible.

Your Name: Aaron Brown   Today's Date: 10/17/07

Date of Incident: 10/16/07   Time of Incident: 720 pm   Location of Incident: SENATOR, Adm-Offc. 280 Turk St

**Incident Narrative** (continue on blank notebook pages if needed and staple to this form)

Yesterday (CHP) Adm-exec. Dir. Jeff Kinsik and Tenant Service exec Dir Gail Gillman retaliated against me with harrassment after voicing my safety concern as a Tenant - To CHP- President Jeff McDonald at the board meeting. (SFPD was called) Jeff-K & Gail -refused to allow me have copies of incident(s) made - And materials concerning victim assistant Program to the attention of Jeff McDonald (President) After being permitted to do so

| Who was involved? | Relationship to CHP | Badge/I.D. # |
|---|---|---|
| 1. Aaron Brown | Tenant | 507 |
| 2. Jeff Kinsikey | Exec-Dir. | CHP Adm |
| 3. Gail Gillman | exec-Dir. | Tenant Service |
| 4. | | |

**FOR OFFICE USE ONLY** (Sign at bottom)

Management action taken:

Management Signature   Title   Date

EX 1 OF 4

# Incident Report/Tenant Complaint Form

Complete this form to report any Rules of Conduct violation, Medical, Police and Fire Dept. visits or emergencies and general participant concerns. Be as complete and accurate as possible.

Your Name: Aaron Braun  Today's Date: 10/15/07

Date of Incident: 10/15/07  Time of Incident: 8:55 AM  Location of Incident: SENATOR, Senator

**Incident Narrative** (continue on blank notebook pages if needed and staple to this form)

wanted me to be no longer a tenant and to move - Cliff - mgmt staff CHP is in violation of my civil rights under the 5th amendment with deliberate indifference & also the Fifth amendment due process as well as process of service under Federal & State guidelines in civil procedures — Also Cliff is unaware of necessity

| Who was involved? | Relationship to CHP | Badge/I.D. # |
|---|---|---|
| 1. Aaron Braun | Tenant | |
| 2. Isabella | Mgr | |
| 3. Cliff | Bld Mgr | |
| 4. | | |

**FOR OFFICE USE ONLY** (Sign at bottom)

Management action taken:

Management Signature: ___  Title: ___  Date: ___

Exhibit 2 of 4