3-25-08

## Proof/Service

Aaron Brown (Pro-se) (Plaintiff)
276 Golden Gate Ave
SF Ca 94102

FILED
08 MAR 25 PH 3:32

Attorney(s) For Def (Community HSG Partnership)
Morgan, Lewis & Bockius LLP    cs# C-07-6504-JSW
William Wang, (state bar #) 253430
2 Palo Alto Square
3000 El Camino Real, Suite 700

(C-07-6504-JSW)

I Kira Victoria Ravecné did U.S. mail (Postal) to attorney(s) Morgan Lewis (William Wang) at the above mentioned address documents ① Partiality - Judicial Notice ② Reserving Removal and ADR Cert - "My address is 2012th St. Apt. 231   SF., CA 94134 this date Tuesday 3/25 2008 3:15 PM

I do declare under penalties of perjury.

K Rauché
Signature                TEL· N/A