**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AARON BROWN,

      Plaintiff,

  v.

COMMUNITY HOUSING PARTNERSHIP and SUPERIOR COURT OF THE STATE OF CALIFORNIA AND COUNTY OF SAN FRANCISCO DEPARTMENT 501, et al.,

      Defendants.

No. C 07-06504 JSW

**ORDER RE DISCOVERY DISPUTE**

      The Court has received Plaintiff's requests for the Court to order the production of certain documents. (Docket Nos. 30 and 48). It is not clear whether Plaintiff has formally served requests for the documents in accordance with the Federal Rules of Civil Procedure. To the extent Plaintiff seeks to conduct discovery in this case, Plaintiff is directed to serve discovery requests in accordance with the Federal Rules of Civil Procedure, and provide time for the parties to respond, before seeking the assistance of this Court.

      To the extent Plaintiff serves discovery requests to which Defendants fail to respond timely, and Plaintiff wants to bring the discovery dispute to the Court's attention, the parties are directed to follow the undersigned's procedures for resolving discovery disputes. *See* Standing Order ¶ 7. All requests for discovery relief must be summarized jointly by the parties in a letter brief not to exceed four pages. The joint letter must attest that, prior to filing the request for relief, Plaintiff and counsel met and conferred and must concisely summarize those remaining

issues that the parties were unable to resolve. The joint letter brief may not be accompanied by declarations; however any specific excerpt of disputed discovery material may be attached. The requirement to meet and confer in person is hereby waived as Plaintiff is appearing *pro se*.

**IT IS SO ORDERED.**

Dated: April 4, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

AARON BROWN,

        Plaintiff,

  v.

COMMUNITY HOUSING et al,

        Defendant.

Case Number: CV07-06504 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Aaron Brown
Attn: Bill
276 Golden Gate Avenue
San Francisco, CA 94102

Dated: April 4, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk