DIANE L. WEBB, State Bar No. 197851
MATTHEW S. WEILER, State Bar No. 236052
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: dwebb@morganlewis.com

LILLIAN WOUNG, State Bar No. 253430
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306
Tel:   650-843-4000
Fax:   650-843-4001
E-mail:lwoung@morganlewis.com

Attorneys for Defendant
COMMUNITY HOUSING PARTNERSHIP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON BROWN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COMMUNITY HOUSING PARTNERSHIP; and SUPERIOR COURT OF THE STATE OF CALIFORNIA AND COUNTY OF SAN FRANCISCO DEPARTMENT 501, et al.,<br><br>　　　　　　Defendants. | Case No. C 07-06504 JSW<br><br>**DEFENDANT COMMUNITY HOUSING PARTNERSHIP'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL LETTER BRIEF REGARDING DISCOVERY DISPUTE AND DECLARATION OF DIANE L. WEBB IN SUPPORT THEREOF** |

Pursuant to this Court's Civil Local Rule 7-11 and 79-5(b), defendant Community Housing Partnership ("CHP") respectfully requests that this Court grant CHP's administrative motion to file its letter brief under seal. CHP's letter brief is submitted pursuant to this Court's April 4, 2008 Order re Discovery Dispute.

Good cause exists to seal CHP's letter brief. CHP's request is made based on the fact that

the letter brief references plaintiff Aaron Brown's medical information. Because such information appears throughout the four-page letter brief, it is not feasible to redact the information. Accordingly, CHP requests this Court seal the entire letter brief.

Dated: April 10, 2008                     MORGAN, LEWIS & BOCKIUS LLP

By _____/s/_____
Diane L. Webb
Attorneys for Defendant COMMUNITY HOUSING PARTNERSHIP

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

1-SF/7689947.1                     2

DEFENDANT COMMUNITY HOUSING PARTNERSHIP'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL LETTER BRIEF REGARDING DISCOVERY DISPUTE AND DECLARATION OF DIANE L. WEBB IN SUPPORT THEREOF
C 07-06504 JSW

## DECLARATION OF DIANE L. WEBB

I, Diane L. Webb, declare as follow:

1. I am a partner in the law firm of Morgan, Lewis & Bockius LLP, counsel to defendant Community Housing Partnership. I make this declaration in support of CHP's administrative motion to seal. I know the following to be true of my own personal knowledge and if called as a witness could and would testify competently thereto.

2. CHP requests this Court seal CHP's letter brief on the ground that it contains and references plaintiff Aaron Brown's medical information.

3. CHP submits its own letter brief, rather than a joint brief with Mr. Brown, because Mr. Brown refused to work with me and submit a joint letter brief as ordered by this Court. I spoke with Mr. Brown at approximately 3 p.m., yesterday, April 9, 2008, regarding his discovery motion to compel and his *ex-parte* request. When no resolution was reached, I informed Mr. Brown that pursuant to this Court's order, the parties were to work together to file a joint letter brief. Mr. Brown refused.

4. Mr. Brown has never provided me with a working telephone number where he can be reached. My telephonic communications with him are limited to times when he initiates contact and telephones me. It is not feasible to try to meet and confer regarding CHP's request to place Mr. Brown's medical information under seal until such time as Mr. Brown initiates contact again. CHP would like direction from the Court as to how to proceed with Mr. Brown's request as soon as possible.

I declare under penalty under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed on April 10, 2008 in San Francisco, California.

/s/
Diane L. Webb

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7689947.1    3
DEFENDANT COMMUNITY HOUSING PARTNERSHIP'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL LETTER BRIEF REGARDING DISCOVERY DISPUTE AND DECLARATION OF DIANE L. WEBB IN SUPPORT THEREOF
C 07-06504 JSW