1   MORGAN, LEWIS & BOCKIUS LLP
    DIANE L. WEBB, State Bar No. 197851
2   MATTHEW S. WEILER, State Bar No. 236052
    One Market, Spear Tower
3   San Francisco, CA  94105
    Tel:    415-442-1000
4   Fax:    415-442-1001
    E-mail:dwebb@morganlewis.com
5
    MORGAN, LEWIS & BOCKIUS LLP
6   LILLIAN WOUNG, State Bar No. 253430
    2 Palo Alto Square
7   3000 El Camino Real, Suite 700
    Palo Alto, CA 94306
8   Tel:    650-843-4000
    Fax:    650-843-4001
9   E-mail:lwoung@morganlewis.com

10  Attorneys for Defendant
    COMMUNITY HOUSING PARTNERSHIP
11

12                  UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                  SAN FRANCISCO DIVISION

15

16  AARON BROWN,                         Case No. CV 07-06504 JSW

17              Plaintiff,               **MANUAL FILING NOTIFICATION OF
                                         DEFENDANT COMMUNITY HOUSING
18       v.                              PARTNERSHIP'S LETTER BRIEF
                                         REGARDING DISCOVERY DISPUTE**
19  COMMUNITY HOUSING
    PARTNERSHIP; SUPERIOR COURT OF
20  THE STATE OF CALIFORNIA,
    DEPARTMENT 501,
21
               Defendants.
22

23

24                  **MANUAL FILING NOTIFICATION**

25  Regarding:  DEFENDANT COMMUNITY HOUSING PARTNERSHIP'S LETTER BRIEF

26          This filing is in paper or physical form only, and is being maintained in the case file in the

27  Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy shortly.

28

1-SF/7689890.1                          1
DEFENDANT COMMUNITY HOUSING PARTNERSHIP'S MANUAL FILING NOTIFICATION OF LETTER
BRIEF
Case No. CV 07-06504 JSW

1  For information on retrieving this filing directly from the court, please see the court's main web

2  site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

3  This filing was not efiled for the following reason(s):

4  [_] Voluminous Document (PDF file size larger than the efiling system allows)

5  [_] Unable to Scan Documents

6  [_] Physical Object (description): _____

7  [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

8  [X] Item Under Seal

9  [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

10  [_] Other (description): _____

11

12  Dated: April 10, 2008                    MORGAN, LEWIS & BOCKIUS LLP

13

14                                           By _____/s/_____

15                                              Diane L. Webb
                                                Attorneys for Defendant
16                                              COMMUNITY HOUSING
                                                PARTNERSHIP

17

18

19

20

21

22

23

24

25

26

27

28

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

1-SF/7689890.1                                    2

DEFENDANT COMMUNITY HOUSING PARTNERSHIP'S MANUAL FILING NOTIFICATION OF LETTER
BRIEF
Case No. CV 07-06504 JSW