| | |
|---|---|
| 1 | DIANE L. WEBB, State Bar No. 197851 |
| | MATTHEW S. WEILER, State Bar No. 236052 |
| 2 | MORGAN, LEWIS & BOCKIUS LLP |
| | One Market, Spear Street Tower |
| 3 | San Francisco, CA  94105-1126 |
| | Tel:  415.442.1000 |
| 4 | Fax:  415.442.1001 |
| | E-mail:  dwebb@morganlewis.com |
| 5 | |
| | LILLIAN WOUNG, State Bar No. 253430 |
| 6 | MORGAN, LEWIS & BOCKIUS LLP |
| | 2 Palo Alto Square |
| 7 | 3000 El Camino Real, Suite 700 |
| | Palo Alto, CA 94306 |
| 8 | Tel:    650-843-4000 |
| | Fax:    650-843-4001 |
| 9 | E-mail:lwoung@morganlewis.com |
| 10 | Attorneys for Defendant |
| | COMMUNITY HOUSING PARTNERSHIP |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON BROWN, | Case No. C 07-06504 JSW |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT COMMUNITY HOUSING PARTNERSHIP'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| v. | |
| COMMUNITY HOUSING PARTNERSHIP and SUPERIOR COURT OF THE STATE OF CALIFORNIA AND COUNTY OF SAN FRANCISCO DEPARTMENT 501, et al., | |
| Defendants. | |

The Court having considered defendant Community Housing Partnership's ("CHP") administrative motion to file under seal its letter brief regarding discovery dispute and the declaration of Diane L. Webb in support thereof, finds good cause exists to seal the letter brief,

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7689963.1

**IT IS HEREBY ORDERED** that CHP's administrative motion to file under seal is **GRANTED.**

Date: April ___, 2008

———————————————
Honorable Jeffrey S. White
United States District Judge

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

1-SF/7689963.1

2

[PROPOSED] ORDER GRANTING DEFENDANT COMMUNITY HOUSING PARTNERSHIP'S
ADMINISTRATIVE MOTION TO FILE UNDER SEAL
C 07-06504 JSW