```
 1  MORGAN, LEWIS & BOCKIUS LLP
    DIANE L. WEBB, State Bar No. 197851
 2  MATTHEW S. WEILER, State Bar No. 236052
    One Market, Spear Tower
 3  San Francisco, CA 94105
    Tel:   415-442-1000
 4  Fax:   415-442-1001
    E-mail:dwebb@morganlewis.com
 5
    MORGAN, LEWIS & BOCKIUS LLP
 6  LILLIAN WOUNG, State Bar No. 253430
    2 Palo Alto Square
 7  3000 El Camino Real, Suite 700
    Palo Alto, CA 94306
 8  Tel:   650-843-4000
    Fax:   650-843-4001
 9  E-mail:lwoung@morganlewis.com

10  Attorneys for Defendant
    COMMUNITY HOUSING PARTNERSHIP
11
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON BROWN, | Case No. CV 07-06504 JSW |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| COMMUNITY HOUSING PARTNERSHIP; SUPERIOR COURT OF THE STATE OF CALIFORNIA, DEPARTMENT 501, | |
| Defendants. | |

   I am a resident of the State of California and over the age of eighteen years and not a party to the within-entitled action; my business address is One Market, Spear Street Tower, San Francisco, California 94105-1126.

   On April 10, 2008, I served the within document(s):

   MANUAL FILING NOTIFICATION OF DEFENDANT COMMUNITY HOUSING PARTNERSHIP'S LETTER BRIEF REGARDING DISCOVERY DISPUTE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7690051.1                          1
PROOF OF SERVICE
Case No. CV 07-06504 JSW

DEFENDANT COMMUNITY HOUSING PARTNERSHIP'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL LETTER BRIEF REGARDING DISCOVERY DISPUTE AND DECLARATION OF DIANE L. WEBB IN SUPPORT THEREOF

PROPOSED] ORDER GRANTING DEFENDANT COMMUNITY HOUSING PARTNERSHIP'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐ by causing the document(s) listed above to be personally delivered at to the person(s) at the address(es) set forth below.

☐ by transmitting via electronic mail the document(s) listed above to each of the person(s) as set forth below.

| Party | Served Via |
|---|---|
| Aaron Brown<br>Attn: Bill<br>276 Golden Gate Avenue<br>San Francisco, CA 94102 | US Mail |
| San Francisco Superior Court<br>Department 501<br>400 McAllister Street<br>San Francisco, CA 94102 | US Mail |

   I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

   Executed on April 10, 2008, at San Francisco, California.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7690051.1                    2
PROOF OF SERVICE
Case No. CV 07-06504 JSW

1
2      I declare under penalty of perjury that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct.
3
4                                                              _____
                                                                      Constance J. Ericson
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

1-SF/7690051.1                             3
PROOF OF SERVICE
Case No. CV 07-06504 JSW