Aaron Brown (Pro-Se)
Attn: Bill
276 Golden Gate
San Francisco, CA 94102
Abrown519@yahoo.com




UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

AARON BROWN,
Plaintiff

v.

COMMUNITY HOUSING PARNERSHIP; SUPERIOR COURT OF THE STATE OF CALIFORNIA, DEPARTMENT 501,

Defendants.

Case No. CV 07-06504 JSW

**PLAINTIFF AARON BROWN'S RESPONSE TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

**RESPONSE TO DEFENDANT'S OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION/ CROSS COMPLAINT**

Plaintiff Aaron Brown is former tenant of Defendant Community Housing Partnership (CHP). Motion for Preliminary Injunction was originally filed on January 4, 2008. Plaintiff would also like to indicate that he has requested a response to the transcripts pertaining to the procedures used in his unlawful detainer case and as of yet, neither the Superior Court nor the United States District Court has Responded.

Plaintiff is requesting this preliminary injunction because he has had interactions with several CHP employees, and he fears retaliation from them in response to filing this action. As a result, plaintiff is suffering from significant anxiety and other mental health problems. Plaintiff also fears retaliation from the San Francisco County Sheriff's Department about which he has filed Judicial Notice to this Court (DOC 17).

The conduct in question for both CHP employees and Sheriff's Department employees include abusive verbal statements (for example, Sheriff's Department employees have said "screw you Brown," "oh, you can sue me,"), physical threats from the Sheriff's Department (including at City Hall, the Hall of Justice, the San Francisco Superior Court, and at San Francisco General Hospital), hostile interactions with CHP staff when trying to obtain property (including, throwing plaintiff's property out in the street, not returning all of plaintiff's property, telling plaintiff to "take what you have and get out," and recently refusing to return plaintiff's futon bed frame).

These interactions amount to "mental or emotional injury" as per *Thompson v. Carter*, 284 F.3d 411 (2d Cir. 2002). They also establish a pattern or practice of abuse as in *Calhoun v. DeTella*, 319 F.3d 936 (7th Cir. 2003). Finally, this fear of additional and continued retaliation is an "actual or imminent injury" as required for preliminary injunction per *Lewis v. Casey*, 518 U.S. 343 (1996). The tort of negligence requires causation in fact. *Knight v. Jewett*, 3 Cal. 4th 296 (1992). But for the CHP employees' hostile interactions with plaintiff including the verbal threats and mistreatment of plaintiff's property, the plaintiff would not have suffered mental anxiety, panic attacks, frequent depression, and fear of being harmed. Plaintiff asks for the court to take notice of Superior Court of California, County of San Francisco case *Community Housing*

*Partnership v. Brown*, see exhibit register of actions pages 1-3. Fact that the superior court abused its discretion not allowing counsel to be obtained in violation of the sixth amendment, the jury tainted with bias, due process was not observed, and the court abused its discretion in determining the admissibility of evidence; amongst other things that plaintiff will present at hearing. The superior court used delay tactics responding to request for new trial or appeal in that manner. This is a cross complaint and not an action to overturn a verdict. Plaintiff prays for injunctive relief, and all medical costs incurred.

In conclusion, I attest on the penalties of perjury the foregoing to be true to the best of my knowledge.

Dated: April 7, 2008

By

Aaron Brown

Dear Mr. Burris, (Sent April 3rd 2008)(Sent-email)

I am currently litigating in federal court -a civil rights case centered around jury bias, accommodation, due process, Sixth Amendment and First Amendment violations, amongst other things. This case has been before the California Superior Court, the California Court of Appeals, the California Supreme Court, U.S. District Court for the Northern District of California, and the Ninth Circuit Court of Appeals.

Presently, Case C076504, defendants' attorney on record is Morgan, Lewis & Bockius, LLP. The court recently granted a Motion Extending Time to argue the defendents' Motion to Dismiss. Defendants' Motion to Dismiss is based arguably on *Bell Atl. Corp. v. Twombly,* 127 S.Ct. 1955, 1964 (2007), that a plaintiff must first plead facts sufficient to "raise a right above the speculative level." *Twombly,* 127 S.Ct. at 1965-6. I am arguing that following *Cruz v. Beto,* 405 U.S. 319, 322 (1972), the court should not dismiss a complaint for failure to state a claim "unless it appears beyond doubt that the plaintiff can prove no set of facts on support of his claim, entitling relief." I am confident the facts of this case support my claim for relief.

Based on your reputation as a leading civil rights lawyer, I believe this case raises several important civil rights issues. It is a controversial case, suited to your strengths as a civil rights advocate.

The complaint itself is composed of approximately 200 pages, including authenticated exhibits and medical records.

I am praying for $1 million. The court recently suggested the exceptional circumstances in this case do not merit the appointment of counsel. In my opinion, the exceptional circumstances here based on Title 28 U.S. Code Section 1915(e) warrant the appointment of counsel.

If you have any questions, please feel free to contact me at 831-756-1789.

Sincerely,

Aaron Brown
Abrown519@yahoo.com

Your honor
Judicial notice / Seeking Counsel (Atty John Burris) being appointed....

Superior Court of California, County of San Francisco

# Case Information

## CUD-07-623924



COMMUNITY HOUSING PARTNERSHIP, A CALIFORNIA VS. AARON BROWN et al (Limited)

EX A(D)

## Register of Actions

| Date | Proceedings | Fee |
|---|---|---|
| Jan-07-2008 | NOTICE OF DEFAULT ON APPEAL SENT TO APPELLANT | |
| Jan-07-2008 | NOTICE OF FILING APPEAL MAILED TO RESPONDENT; COPY DELIVERED TO APPELLATE DEPARTMENT (& APPELLANT) | |
| Jan-02-2008 | ORDER DENYING PETITION FOR WRIT OF MANDATE AND STAY A120128 #2 | |
| Jan-02-2008 | ORDER DENYING PETITION FOR WRIT OF MANDATE AND REQUEST FOR DISABILITY ACCOMODATIONS AS MOOT A120139 | |
| Dec-28-2007 | ORDER DENYING REQUEST FOR IMMEDIATE STAY OF ENFORCEMENT OF JUDGMENT | |
| Dec-26-2007 | REQUEST EXECUTION OF STAY EVICTION (FILED AT INSISTENCE OF LITIGANT) | |
| Dec-24-2007 | NOTICE OF APPEAL/REQUEST FOR TRANSCRIPT (FILED AT INSISTENCE OF LITIGANT) FILED BY DEFENDANT BROWN, AARON | IFP |
| Dec-21-2007 | DECLARATION OF DAILY RENTAL VALUE $8.53 FILED BY PLAINTIFF COMMUNITY HOUSING PARTNERSHIP, A CALIFORNIA NONPROFIT CORPORATION | |
| Dec-21-2007 | EXECUTION FOR MONEY, POSSESSION OF REAL PROPERTY ISSUED TO SAN FRANCISCO COUNTY AS TO DEFENDANT BROWN, AARON | 15.00 |
| Dec-20-2007 | THE COURT ORDERED THE FOLLOWING JUDGMENT ENTERED: IT IS ADJUDGED THAT PLAINTIFF COMMUNITY HOUSING PARTNERSHIP, A CALIFORNIA NONPROFIT CORPORATION RECOVER FROM DEFENDANT BROWN, AARON THE RESTITUTION AND POSSESSION OF THE PREMESIS: 519 ELLIS ST. # 507, LEASE FORFEITED, A WRIT OF POSSESSION DIRECTING THE SHERIFF FOR THIS COUNTY REMOVE THE DEFENDANT AARON BROWN AND OCCUPANTS FROM THE ABOVE-DESCRIBED PROMISES FORTHWITH. THAT PLAINTIFF COMMUNITY HOUSING PARTNERSHIP, RECOVER FROM DEFENDANT AARON BROWN PER DIEM DAMAGES OF $425.50. SEE SCANNED DOC | |
| Dec-20-2007 | JURY TRIAL ON DEC-20-2007 JUDGMENT FOR THE PLAINTIFF ENTERED. | |
| Dec-20-2007 | JURY VERDICT IN FAVOR OF COMMUNITY HOUSING PARTNERSHIP AGAINTS AARON BROWN DEFENDANT IN PRO PER. DEFENDANT TO AWARD DAMAGES IN THE AMOUNT OF $425.50 TO PLAINTIFF. | |
| Dec-19-2007 | JURY TRIAL SET FOR DEC-19-2007 CONTINUED TO DEC-20-2007 AT 8:30 AM IN 501 | |
| Dec-19-2007 | MINUTES FOR DEC-19-2007 8:30 AM | |
| Dec-18-2007 | JURY TRIAL SET FOR DEC-18-2007 CONTINUED TO DEC-19-2007 AT 8:30 AM IN 501 | |
| Dec-18-2007 | MINUTES FOR DEC-18-2007 2:00 PM | |
| Dec-18-2007 | MASTER JURY CALENDAR OF DEC-18-2007 ASSIGNED TO JURY TRIAL CALENDAR ON DEC-18-2007 AT 2:00 PM IN DEPT. 501, RONALD E QUIDACHAY, AFTER BEING PLACED ON TELEPHONE STANDBY. JUDGE: MARY E. WISS, CLERK: E. BURA, REPORTER: SUSAN LEE, #4280 (D206)/JUDGE: MARY E. WISS, CLERK: C. BANAYAD, REPORTER: DIANA CHEN, #11312(D504) | |
| Dec-18-2007 | MASTER JURY CALENDAR SET FOR DEC-17-2007 CONTINUED TO MASTER CALENDAR JURY (CONTINUED) ON DEC-18-2007 AT 1:30 PM IN DEPT. 206 AFTER BEING PLACED ON TELEPHONE STANDBY. (206) | |
| Dec-17-2007 | MINI-MINUTES FOR DEC-17-2007 9:30 AM | |

Superior Court of California, County of San Francisco

# Case Information

## CUD-07-623924

COMMUNITY HOUSING PARTNERSHIP, A CALIFORNIA VS. AARON BROWN et al (Limited)

## Register of Actions

| Date | Proceedings | Fee |
|---|---|---|
| )ec-17-2007 | LAW AND MOTION, 302, DEFENDANT AARON BROWN'S DEMURRER TO COMPLAINT. NO APPEARANCES ON THIS MATTER. COURT ADOPTS ITS TENTATIVE RULING: OFF CALENDAR, FIRST AMENDED COMPLAINT FILED ON NOVEMBER 16, 2007. JUDGE: PATRICK J. MAHONEY, REPORTER: PEPPINA THOMPSON, CSR #7433 | |
| )ec-14-2007 | NOTICE RELEVANT TO MOTION TO COMPEL (FILED AT INSISTENCE OF LITIGANT) FILED BY DEFENDANT BROWN, AARON | |
| )ec-14-2007 | MINI-MINUTES | |
| )ec-13-2007 | MINI-MINUTES | |
| )ec-13-2007 | MINI-MINUTES | |
| )ec-13-2007 | MINI-MINUTES | |
| )ec-13-2007 | SETTLEMENT CONFERENCE HELD, CASE NOT SETTLED; TRIAL DATE REMAINS; PRO TEM JUDGE; CLERK MARJORIE MANZELLA; NOT REPORTED (218/206). | |
| ec-12-2007 | MOTION TO COMPEL JUDICIAL NOTICE FILED BY DEFENDANT BROWN, AARON | |
| ov-29-2007 | NOTICE OF TIME AND PLACE OF TRIAL AND SETTLEMENT HEARING<br>HEARING SET FOR DEC-13-2007 AT 01:30 PM IN DEPT 218 | |
| ov-29-2007 | REQUEST TO SET CASE FOR JURY TRIAL FILED BY PLAINTIFF COMMUNITY HOUSING PARTNERSHIP, A CALIFORNIA NONPROFIT CORPORATION<br>JURY TRIAL SET FOR DEC-17-2007 AT 09:00 AM IN DEPT 206<br>ESTIMATED LENGTH OF TRIAL: 2.0 HOURS | |
| ov-21-2007 | DEMAND FOR JURY FILED BY DEFENDANT BROWN, AARON | |
| ov-21-2007 | ANSWER TO 1ST AMENDED COMPLAINT FILED BY DEFENDANT BROWN, AARON | |
| ov-21-2007 | APPLICATION FOR WAIVER OF 985.(J) CRC REPORTERS FEES (CONFIDENTIAL) FILED BY DEFENDANT BROWN, AARON<br>ORDER GRANTING WAIVER OF 985.(J) CRC REPORTERS FEES | |
| ov-21-2007 | APPLICATION FOR WAIVER OF 985.(J) CRC JURY FEES AND EXPENSES (CONFIDENTIAL) FILED BY DEFENDANT BROWN, AARON<br>ORDER GRANTING WAIVER OF 985.(J) CRC JURY FEES AND EXPENSES | |
| ov-16-2007 | 1ST AMENDED COMPLAINT FILED BY PLAINTIFF COMMUNITY HOUSING PARTNERSHIP, A CALIFORNIA NONPROFIT CORPORATION<br>AS TO DEFENDANT BROWN, AARON<br>DOES 1-10 | |
| ov-15-2007 | REQUEST FOR DEFAULT REJECTED, PLACED IN PICKUP BOX<br>AS TO DEFENDANT BROWN, AARON | |
| ov-14-2007 | DEMURRER TO COMPLAINT, PROOF OF SERVICE, POINTS AND AUTHORITIES FILED BY DEFENDANT BROWN, AARON<br>HEARING SET FOR DEC-17-2007 AT 09:30 AM IN DEPT 302 | IFP |
| ov-14-2007 | APPLICATION FOR WAIVER OF 985.(I) CRC COURT FEES AND COSTS (CONFIDENTIAL) FILED BY DEFENDANT | |

Superior Court of California, County of San Francisco

# Case Information

## CUD-07-623924

COMMUNITY HOUSING PARTNERSHIP, A CALIFORNIA VS. AARON BROWN et al (Limited)

## Register of Actions

| Date | Proceedings | Fee |
|---|---|---|
| | BROWN, AARON | |
| | ORDER GRANTING WAIVER OF 985.(I) CRC COURT FEES AND COSTS | |
| Iov-01-2007 | NOTICE TO DEFENDANTS | |
| Iov-01-2007 | UNLAWFUL DETAINER - RESIDENTIAL, COMPLAINT FILED BY PLAINTIFF COMMUNITY HOUSING PARTNERSHIP, A CALIFORNIA NONPROFIT CORPORATION AS TO DEFENDANT BROWN, AARON DOES 1-10 SUMMONS ISSUED, JUDICIAL COUNCIL CIVIL CASE COVER SHEET FILED | 195.00 |