Proof/Service         April 8th 2008

FILED
08 APR-8 PM 1:46

Aaron Brown (Pro-se) (Litigant) (Plaintiff)
276 Golden Gate Ave (Atto Bill) (G.A.A.P.) (Exc Dir)
San Francisco, Calif 94102

Attorney(s) For Community Housing Partnership (Sup CT-Dept 501) (Defendant(s))

NC  Lilian Woung (253430) (Morgan Lewis & Bockius LLP
2 Palo Alto Square   Suit 700
3000 ElCamino Real Ca, 94306

CS# C-07-6504 JSW

I  Sheila Smith   via U.S. mail said document(s) Plaintiff's Response (Aaron Brown) - Def - opposition - Preliminary Injunction (TRO's) And E-mail correspondence; Seeking Appointment of counsel (John Burris) - This date 4-8-08 Tuesday

2111 Jenning St
San Francisco CA  94124    1:05 pm   my address my

tel# N/A

I do declare under penalties of perjury the foregoing to be true regarding service

Sheila Smith   signature