DIANE L. WEBB, State Bar No. 197851
MATTHEW S. WEILER, State Bar No. 236052
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: dwebb@morganlewis.com

LILLIAN WOUNG, State Bar No. 253430
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306
Tel:   650-843-4000
Fax:   650-843-4001
E-mail:lwoung@morganlewis.com

Attorneys for Defendant
COMMUNITY HOUSING PARTNERSHIP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON BROWN,<br><br>                    Plaintiff,<br><br>          v.<br><br>COMMUNITY HOUSING PARTNERSHIP; and SUPERIOR COURT OF THE STATE OF CALIFORNIA AND COUNTY OF SAN FRANCISCO DEPARTMENT 501, et al.,<br><br>                    Defendants. | Case No. C 07-06504 JSW<br><br>**DEFENDANT COMMUNITY HOUSING PARTNERSHIP'S ERRATA TO LETTER BRIEF REGARDING DISCOVERY DISPUTE** |

    Defendant Community Housing Partnership respectfully submits the following errata to its Letter Brief Regarding Discovery Dispute.

    On page three of its letter brief, CHP cites "Cal. Health & Safety Code § 123100." The citation should be Cal. Heath & Safety Code § 123115(b).

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7690258.1                                         1

DEFENDANT COMMUNITY HOUSING PARTNERSHIP'S ERRATA TO LETTER BRIEF REGARDING DISCOVERY DISPUTE
C 07-06504 JSW

| | | |
|---|---|---|
| 1 | Dated: April 11, 2008 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | | |
| 3 | | By _____/s/_____ |
| 4 | | Diane L. Webb<br>Attorneys for Defendant COMMUNITY HOUSING PARTNERSHIP |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7690258.1

2

DEFENDANT COMMUNITY HOUSING PARTNERSHIP'S ERRATA TO LETTER BRIEF REGARDING DISCOVERY DISPUTE
C 07-06504 JSW