DIANE L. WEBB, State Bar No. 197851
MATTHEW S. WEILER, State Bar No. 236052
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: dwebb@morganlewis.com

LILLIAN WOUNG, State Bar No. 253430
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306
Tel:   650-843-4000
Fax:   650-843-4001
E-mail: lwoung@morganlewis.com

Attorneys for Defendant
COMMUNITY HOUSING PARTNERSHIP

E-Filing

FILED
APR 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON BROWN, | Case No. C 07-06504 JSW |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT COMMUNITY HOUSING PARTNERSHIP'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| v. | |
| COMMUNITY HOUSING PARTNERSHIP and SUPERIOR COURT OF THE STATE OF CALIFORNIA AND COUNTY OF SAN FRANCISCO DEPARTMENT 501, et al., | |
| Defendants. | |

The Court having considered defendant Community Housing Partnership's ("CHP") administrative motion to file under seal its letter brief regarding discovery dispute and the declaration of Diane L. Webb in support thereof, finds good cause exists to seal the letter brief,

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7689963.1

[PROPOSED] ORDER GRANTING DEFENDANT COMMUNITY HOUSING PARTNERSHIP'S
ADMINISTRATIVE MOTION TO FILE UNDER SEAL
C 07-06504 JSW

1     **IT IS HEREBY ORDERED** that CHP's administrative motion to file under seal is
2   **GRANTED.**

4   Date: April APR 11 2008 , 2008

                                            Honorable Jeffrey S. White
                                            United States District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7689963.1       2

[PROPOSED] ORDER GRANTING DEFENDANT COMMUNITY HOUSING PARTNERSHIP'S
ADMINISTRATIVE MOTION TO FILE UNDER SEAL
C 07-06504 JSW

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

AARON BROWN,

        Plaintiff,

v.

COMMUNITY HOUSING et al,

        Defendant.

Case Number: CV07-06504 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 11, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Aaron Brown
Attn: Bill
276 Golden Gate Avenue
San Francisco, CA 94102

Dated: April 11, 2008

                                          Richard W. Wieking, Clerk
                                          By: Jennifer Ottolini, Deputy Clerk