April 15, 2008

# Proof/Service

FILED
08 APR 15 PM 3:05
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Aaron Brown (Pro-Se)(Litigant)(Plaintiff)
276 Golden Gate (Atty Bill)(exc. Dir)(G.M.A.RP)
SF Ca 94102

(Morgan, Lewis & Bockius LLP)
Attorney for Defendant(s)
Community Housing Partnership
Sup-CT-Dep 501 - Diane L. Webb (236052)
(Tel-415-442-1000) One Market Street
Spear Tower - S.F. Ca 94105-1126

I ___EARL WALTON___ did U.S. mail Plaintiff's Aaron Brown - opposition response - mot - to - Dismiss (6pgs) and exhibit attachments - (9 pages) to Defendants address listed above. my address 101 Hyde St.

Tel # N/A     CA. 94102    this date    4/15/08
Tues.                       April 15,    2008

I do declare under penalties of perjury    ___Earl Walton___ signature