MORGAN, LEWIS & BOCKIUS LLP
DIANE L. WEBB, State Bar No. 197851
MATTHEW S. WEILER, State Bar No. 236052
One Market, Spear Tower
San Francisco, CA  94105
Tel:    415-442-1000
Fax:    415-442-1001
E-mail: dwebb@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
LILLIAN WOUNG, State Bar No. 253430
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306
Tel:    650-843-4000
Fax:    650-843-4001
E-mail: lwoung@morganlewis.com

Attorneys for Defendant
COMMUNITY HOUSING PARTNERSHIP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON BROWN,<br><br>                    Plaintiff,<br><br>          v.<br><br>COMMUNITY HOUSING PARTNERSHIP; SUPERIOR COURT OF THE STATE OF CALIFORNIA, DEPARTMENT 501,<br><br>                    Defendants. | Case No. CV 07-06504 JSW<br><br>**PROOF OF SERVICE** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7696397.1

# PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years and not a party to the within-entitled action; my business address is One Market, Spear Street Tower, San Francisco, California 94105-1126.

On April 25, 2008, I served the within document(s):

- **DEFENDANT COMMUNITY HOUSING PARTNERSHIP'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS REPLY TO PLAINTIFF AARON BROWN'S OPPOSITION TO MOTION TO DISMISS AMENDED COMPLAINT [FRCP 12(b)(1), 12(b)(3), 12(b)(5), AND 12(b)(6)]**

- **DEFENDANT COMMUNITY HOUSING PARTNERSHIP'S REPLY MEMORANDUM IN FURTHER SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐ by causing the document(s) listed above to be personally delivered at to the person(s) at the address(es) set forth below.

☐ by transmitting via electronic mail the document(s) listed above to each of the person(s) as set forth below.

| Party | Served Via |
|---|---|
| Aaron Brown<br>Attn: Bill<br>276 Golden Gate Avenue<br>San Francisco, CA 94102 | US Mail |
| San Francisco Superior Court<br>Department 501<br>400 McAllister Street<br>San Francisco, CA 94102 | US Mail |

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

1-SF/7696397.1

2

1  I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on April 25, 2008, at San Francisco, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct.

/s/
Laura Walker

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

1-SF/7696397.1                                            3