DIANE L. WEBB, State Bar No. 197851
MATTHEW S. WEILER, State Bar No. 236052
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: dwebb@morganlewis.com

LILLIAN WOUNG, State Bar No. 253430
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306
Tel:    650-843-4000
Fax:   650-843-4001
E-mail:lwoung@morganlewis.com

Attorneys for Defendant
COMMUNITY HOUSING PARTNERSHIP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON BROWN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMUNITY HOUSING PARTNERSHIP; and SUPERIOR COURT OF THE STATE OF CALIFORNIA AND COUNTY OF SAN FRANCISCO DEPARTMENT 501, et al.,<br><br>　　　　　Defendants. | Case No. C 07-06504 JSW<br><br>**DEFENDANT COMMUNITY HOUSING PARTNERSHIP'S ERRATA TO REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS REPLY TO PLAINTIFF AARON BROWN'S OPPOSITION TO MOTION TO DISMISS AMENDED COMPLAINT [FRCP 12(B)(1), 12(B)(3), 12(B)(5), AND 12(B)(6)]** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7697125.1                                   1

DEFENDANT COMMUNITY HOUSING PARTNERSHIP'S ERRATA TO RJN
                                                                                    C 07-06504 JSW

Defendant Community Housing Partnership respectfully submits the following errata to its Request for Judicial Notice in Support of its Reply to Plaintiff Aaron Brown's Opposition to Motion to Dismiss Amended Complaint ("RJN").

The exhibits submitted in support of the RJN were mislabeled and incorrectly attached. An Amended RJN is submitted herewith

Dated: April 28, 2008                           MORGAN, LEWIS & BOCKIUS LLP


By _____/s/_____
Matthew S. Weiler
Attorneys for Defendant COMMUNITY HOUSING PARTNERSHIP

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7697125.1                           2

DEFENDANT COMMUNITY HOUSING PARTNERSHIP'S ERRATA TO RJN
C 07-06504 JSW