MORGAN, LEWIS & BOCKIUS LLP
DIANE L. WEBB, State Bar No. 197851
MATTHEW S. WEILER, State Bar No. 236052
One Market, Spear Tower
San Francisco, CA  94105
Tel:    415-442-1000
Fax:    415-442-1001
E-mail: dwebb@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
LILLIAN WOUNG, State Bar No. 253430
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306
Tel:    650-843-4000
Fax:    650-843-4001
E-mail: lwoung@morganlewis.com

Attorneys for Defendant
COMMUNITY HOUSING PARTNERSHIP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON BROWN,<br><br>                    Plaintiff,<br><br>          v.<br><br>COMMUNITY HOUSING PARTNERSHIP; SUPERIOR COURT OF THE STATE OF CALIFORNIA, DEPARTMENT 501,<br><br>                    Defendants. | Case No. CV 07-06504 JSW<br><br>**DEFENDANT COMMUNITY HOUSING PARTNERSHIP'S AMENDED REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS REPLY TO PLAINTIFF AARON BROWN'S OPPOSITION TO MOTION TO DISMISS AMENDED COMPLAINT [FRCP 12(b)(1), 12(b)(3), 12(b)(5), AND 12(b)(6)]**<br><br>Hearing Date:   May 16, 2008<br>Time:           9:00 a.m.<br>Location:       Courtroom 2, 17th Floor<br>Judge:          The Honorable Jeffrey S. White |

## REQUEST FOR JUDICIAL NOTICE

Defendant Community Housing Partnership, pursuant to Federal Rule of Evidence 201, hereby respectfully requests that this Court take judicial notice of the following document:

1.     A true and correct copy of an answer submitted in the action *Community Housing Partnership v. Aaron Brown*, San Francisco Superior Court Case Number CUD-07-623924, bearing a file-date stamp of November 21, 2007, which is attached hereto as <u>Exhibit 1</u>.

2.     A true and correct copy of the Order Dismissing Appeal in San Francisco Superior Court Case Number CUD-07-623924, Appeal No. 623924, *Community Housing Partnership* (plaintiff/respondent) *v. Aaron Brown* (defendant/appellant), bearing a file-stamp date of March 4, 2008, which is attached hereto as <u>Exhibit 2</u>.

The Court properly may take judicial notice of the above documents pursuant to Federal Rule of Evidence 201 because they are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned" and are integral to the Plaintiff's allegations. Fed. R. Evid. 201(b)(2); *see also Parrino v. FHP, Inc.*, 146 F.3d 699, 705-706 (9th Cir. 1998) (holding district court may consider document on a motion to dismiss where plaintiff's claims make reference to or are predicated on that document, but where the document itself was not attached to the complaint).

Dated: April 25, 2008                    MORGAN, LEWIS & BOCKIUS LLP

By    /s/
    Matthew S. Weiler
    Attorneys for Defendant COMMUNITY
    HOUSING PARTNERSHIP

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7696317.1        2
DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY MEMO., ET AL.
Case No. CV 07-06504 JSW