# Exhibit 2



**FILED**
Superior Court of California
County of San Francisco
APPELLATE DIVISION

MAR 0 4 2008

GORDON PARK-LI, Clerk
BY: CARLOS MURILLO

# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SAN FRANCISCO
### APPELLATE DIVISION

| | |
|---|---|
| COMMUNITY HOUSING PARTNERSHIP, | ) Appellate No. 623924 |
| | ) |
| Plaintiff/Respondent, | ) Court No. CUD-07-663924 |
| vs. | ) |
| AARON BROWN, | ) ORDER DISMISSING APPEAL |
| Defendant/Appellant. | ) |

This matter came on for hearing on February 22, 2008. After considering the evidence and applicable law, the Court's Motion to Dismiss the appeal filed on December 24, 2007 is hereby GRANTED. The appeal is hereby DISMISSED.

IT IS SO ORDERED.

DATE: February 26, 2008

Robert L. Dondero, Presiding Judge

Jerome T. Benson, Associate Judge

Diane E. Wick, Associate Judge

**CERTIFICATE OF SERVICE BY MAIL**
(Code of Civil Procedure § 1013a(4))

I, Carlos Murillo, deputy clerk of the Superior Court of California, County of San Francisco, certify that I am not a party to this action.

On March 4, 2008, I served the attached **JUDGMENT ON APPEAL (623924)** by placing a copy thereof in a sealed envelope addressed to each of the following:

Aaron Brown
276 Golden Gate Avenue
San Francisco, Ca. 94109

Michael S. Rossoff
One United Nations Plaza
San Francisco, Ca. 94102

Jean Kong
Appeals Clerk
400 McAllister Street, Room 103
San Francisco, Ca. 94102

Hon. Ronald Quidachay (Inter-Office)
Judge Superior Court
400 McAllister Street, Dept. 501
San Francisco, Ca. 94102

Hon. David L. Ballati (Inter-Office)
Judge Superior Court
400 McAllister Street, Dept. 206
San Francisco, Ca. 94102

Hon. Ksenia Tsenin (Inter-Office)
Judge Superior Court
850 Bryant Street, Dept. 22
San Francisco, Ca. 94103

and, I then placed the sealed envelope(s) in the outgoing mail at 400 McAllister Street, San Francisco, CA 94102, on the date indicated above for collection with the postage thereon fully prepaid, and mailed on that date following standard court practices.

DATE: March 4, 2008

GORDON PARK-LI, Clerk

Carlos Murillo, Deputy Clerk