| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | DIANE L. WEBB, State Bar No. 197851<br>MATTHEW S. WEILER, State Bar No. 236052 |
| 3 | One Market, Spear Tower<br>San Francisco, CA  94105 |
| 4 | Tel:     415-442-1000<br>Fax:    415-442-1001 |
| 5 | E-mail:dwebb@morganlewis.com |
| 6 | MORGAN, LEWIS & BOCKIUS LLP<br>LILLIAN WOUNG, State Bar No. 253430 |
| 7 | 2 Palo Alto Square<br>3000 El Camino Real, Suite 700 |
| 8 | Palo Alto, CA 94306<br>Tel:     650-843-4000 |
| 9 | Fax:    650-843-4001<br>E-mail:lwoung@morganlewis.com |
| 10 | Attorneys for Defendant |
| 11 | COMMUNITY HOUSING PARTNERSHIP |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON BROWN, | Case No. CV 07-06504 JSW |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| COMMUNITY HOUSING PARTNERSHIP; SUPERIOR COURT OF THE STATE OF CALIFORNIA, DEPARTMENT 501, | |
| Defendants. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7697628.1

# PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years and not a party to the within-entitled action; my business address is One Market, Spear Street Tower, San Francisco, California 94105-1126.

On April 29, 2008, I served the within document(s):

- **DEFENDANT COMMUNITY HOUSING PARTNERSHIP'S ERRATA TO REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS REPLY TO PLAINTIFF AARON BROWN'S OPPOSITION TO MOTION TO DISMISS AMENDED COMPLAINT [FRCP 12(b)(1), 12(b)(3), 12(b)(5), AND 12(b)(6)]**

- **DEFENDANT COMMUNITY HOUSING PARTNERSHIP'S AMENDED REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS REPLY TO PLAINTIFF AARON BROWN'S OPPOSITION TO MOTION TO DISMISS AMENDED COMPLAINT [FRCP 12(b)(1), 12(b)(3), 12(b)(5), AND 12(b)(6)]**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐ by causing the document(s) listed above to be personally delivered at to the person(s) at the address(es) set forth below.

☐ by transmitting via electronic mail the document(s) listed above to each of the person(s) as set forth below.

| Party | Served Via |
|---|---|
| Aaron Brown<br>Attn: Bill<br>276 Golden Gate Avenue<br>San Francisco, CA 94102 | US Mail |
| San Francisco Superior Court<br>Department 501<br>400 McAllister Street<br>San Francisco, CA 94102 | US Mail |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7697628.1                    2

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on April 29, 2008, at San Francisco, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct.

/s/
_____
Barry Roth

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

1-SF/7697628.1                                3