1  MORGAN, LEWIS & BOCKIUS LLP
   DIANE L. WEBB, State Bar No. 197851
2  MATTHEW S. WEILER, State Bar No. 236052
   One Market, Spear Tower
3  San Francisco, CA  94105
   Tel:    415-442-1000
4  Fax:    415-442-1001
   E-mail:dwebb@morganlewis.com
5
   MORGAN, LEWIS & BOCKIUS LLP
6  LILLIAN WOUNG, State Bar No. 253430
   2 Palo Alto Square
7  3000 El Camino Real, Suite 700
   Palo Alto, CA 94306
8  Tel:    650-843-4000
   Fax:    650-843-4001
9  E-mail:lwoung@morganlewis.com

10 Attorneys for Defendant
   COMMUNITY HOUSING PARTNERSHIP
11

12                    UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                     SAN FRANCISCO DIVISION

15

16 AARON BROWN,                         Case No. CV 07-06504 JSW

17              Plaintiff,              **PROOF OF SERVICE**

18      v.

19 COMMUNITY HOUSING
   PARTNERSHIP; SUPERIOR COURT OF
20 THE STATE OF CALIFORNIA,
   DEPARTMENT 501,
21
              Defendants.
22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO            1-PA/3704752.1

**PROOF OF SERVICE**

I am employed in the City of Palo Alto, County of Santa Clara, State of California, I am over the age of 18 years and not a party to the within action.  My business address is 2 Palo Alto Square, 3000 El Camino Real, Suite 700, Palo Alto, California 94306.  On May 7, 2008, I caused copies of the attached document(s) described as follows:

**DEFENDANT COMMUNITY HOUSING PARTNERSHIP'S CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER**

To Be Served On:

| Party | Served Via |
|---|---|
| Aaron Brown | US Mail |
| Attn: Bill | |
| 276 Golden Gate Avenue | |
| San Francisco, CA 94102 | |
| | |
| San Francisco Superior Court | US Mail |
| Department 501 | |
| 400 McAllister Street | |
| San Francisco, CA  94102 | |

☒   (BY FIRST CLASS MAIL)  I caused each such envelope to the addressee(s) noted above, with postage thereon fully prepaid, to be placed in the United States mail in Palo Alto, California.  I am readily familiar with the practice of Morgan, Lewis & Bockius LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business mail is deposited in the United States Postal Service the same date as it is placed for collection.

☐   (BY PERSONAL SERVICE)  The person whose name is noted below caused to be delivered by hand each such envelope to the addressee(s) noted above.

☐   (BY FACSIMILE)  The person whose name is noted below caused to be transmitted by facsimile each such document to the addressee(s) noted above.

☐   (BY ELECTRONIC MAIL)  The person whose name is noted below caused to be transmitted by electronic mail each such document to the addressee(s) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed at Palo Alto, California, on May 7, 2008.

/s/ Colette C. Aragon
Colette C. Aragón

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-PA/3704752.1

2